IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASPEN LANDSCAPE CONTRACTORS INC.
15710 New Hampshire Avenue
Silver Spring, MD 20905

    Plaintiff

v.

WESTFIELD INSURANCE COMPANY
P.O. Box 5001
Westfield Center, OH 44251
SERVE ON:
    Maryland Insurance Commissioner
    200 St. Paul Place, Suite 2700
    Baltimore, MD 21202

    Defendant      CASE NO. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

Comes now the Plaintiff and sues the Defendant for money payable by the Defendant to the Plaintiff and states as follows:

1. Plaintiff entered into a contract with Westerly Enterprises, LLC, and subsequently was required to re-execute the identical contract with Edifice Group, Inc. for certain work to be performed in accordance with a scope of work on the Hiker/Biker Trail, National Capitol Region.

2. That attached hereto and incorporated herein as Exhibit 1 is a copy of the cover letter and contract in the identical form sent to Plaintiff and executed by all parties to the agreement.

3. That Plaintiff in this case never received an executed copy of the contract but was informed that the contract was fully ratified and Plaintiff proceeded under said contract to perform the work in accordance with the terms thereof.

4. That pursuant to the terms of the contract, Plaintiff performed all services under the scope of work and, additionally, undertook to perform additional work related to ADA ramps and concrete sidewalks which were not within the scope of the work

MPD:tps/18201/2016340/072916

5. That attached hereto as Exhibit 2 is an invoice which identifies the outstanding balance due of $49,570.50.

6. That, in fact, the general contractor, Ediface Group, Inc./Westerly Enterprises, LLC, only paid the last $40,635.00 on July 25, 2016 after demand had been made with respect to that outstanding balance due.

7. That, further, the Defendant in this case is the surety under a payment bond issued for the benefit of subcontractors in the position of Plaintiff. See attached hereto, Exhibit 3.

8. That pursuant to the appropriate statutes, Plaintiff is entitled to make claim as a result of non-payment by the general contractor against the stated payment bond.

9. That demand has been made but the Defendant has failed and refused to pay for same.

WHEREFORE, Plaintiff claims $49,570.50, together with reasonable attorney's fees and costs of suit.

Respectfully submitted:

*/s/ Michael P. Darrow*
Michael P. Darrow (mpd@hbdlaw.com)
Federal Bar No. 02891
HILLMAN, BROWN, & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21404-0668
Telephone: 410-263-3131/Fax: 410-269-7912
Attorney for Plaintiff