

Edifice Group, Inc.  507 North Frederick Avenue, Gaithersburg, MD 20877  Phone: (301) 294-3300  Fax: (301) 399-0821

March 22, 2016
**VIA EMAIL**

**Aspen Nursery/Aspen Landscape**
**PROJECT: 40-15-838  EGI-NPS Hiker/B**
**Subcontract #: 40-838-003**
**Mike Grodin**

We are pleased to enclose your subcontract for the above project. Please review, sign, and return the subcontract agreement and certificates of insurance to our office within 5 business days. Do not make any changes to the subcontract agreement. If you have any changes or exclusions, please provide your comments in writing within 3 business days for our review. **The terms and conditions of this subcontract shall be in force 5 day after your receipt.** After receiving the agreement, we will sign and return a copy for your records.

Subcontractor will provide certificates of insurance and copies of insurance policies which meet the requirements stated on **Exhibit A** to the Subcontract Agreement. If Subcontractor fails to provide these documents, then Agreement may become void at the Contractor's option. Further,

No payments will be made until Contractor receives the executed Subcontract Agreement and certificates of insurance as specified in **Exhibit A**. Work will not be allowed to commence until the required certificates of insurance and fully executed counterparts of the Subcontract Agreement are received by the Contractor. However, if you start any portion of the Work (as defined in the Subcontract Agreement) without returning executed counterparts of the Subcontract Agreement, you agree that all work you perform is governed by the terms and conditions of the Subcontract Agreement, without modification of any kind. If there are any questions on the insurance requirements, please contact  for assistance at (301) 294-3300.

Please submit your monthly invoices using the approved format per the Subcontract. A copy of the Excel format has been attached for your convenience. Please note that your monthly invoices are due into our office by the 25th of each month. Late invoices will not be processed until the following month. Finally, please note on the invoice the above subcontract number followed by a dash and the payment application number. Please do not bill for any changes unless you have been issued a formal contract modification from **Edifice Group, Inc.** and received a document in return that has been signed by both parties. Failure to provide timely invoices with the subcontract number referenced will only slow the payment process down.

We look forward to working with you on this project.

Edifice Group, Inc.

B. Lawrence Saffer
Chief Financial Officer

Exhibit 1

# SUBCONTRACT AGREEMENT

In consideration of the mutual covenants and agreements contained in this Agreement, the Parties hereto hereby agree and contract as follows:

## ARTICLE 1
## AGREEMENT

This Agreement, Made on **3/22/2016** between, **Edifice Group, Inc.** (hereinafter "Constructor") and SUBCONTRACTOR **Aspen Nursery/Aspen Landscape** (hereinafter the "Subcontractor").

NOTICE Any notice required by this Agreement by the Constructor or the Subcontractor shall be in writing and shall be deemed to be given on the date of such notice was personally delivered or two (2) business days after the date such notice is deposited either by certified or registered mail, return receipt requested, postage paid, in the United States mail or sent via commercial carrier with confirmation of delivery and addressed to the individuals named below.

| Project Information | | Contract Information | |
|---|---|---|---|
| Project No. | 40-15-838 | Project Owner | National Park Service |
| Project Title | EGI-NPS Hiker/Biker Trail | Owner Contract No. | P15PC00339 |
| Address | National Capitol Region | | |
| City, State, Zip | Washington, DC | | |

| Contractor | | Subcontractor | |
|---|---|---|---|
| **Project Manager** | | Contact | Mike Grodin |
| Company | Edifice Group, Inc. | Company | Aspen Nursery/Aspen Landscape |
| Address | 1335 Rockville Pike | Address | Contractors Inc |
| | Suite 250 | | 15710 new Hampshire Ave |
| City, State, Zip | Gaithersburg, MD 20877 | City, State, Zip | Silver Spring, MD 20905 |
| Phone | (301) 294-3300 | Phone | |
| Fax | (301) 399-0821 | Fax | |
| | | Subcontract No. | 40-838-003 |
| | | Retainage Percentage | 10.00 |

**Scope of Work:**

We hereby propose to furnish all materials and necessary equipment and perform all labor necessary to complete the following work:

National Park Services-CWDW Hiker/Mountain Biker Trail

**Schedule of Values:**

Included in the Contract are the following schedule of values:

| Item | Cost Code | Description | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| 1 | 02-230 | Site Clearing-Tree Preserve | 0.00 | - | 139,500.00 |
| | | | **Total Subcontract Amount:** | | **$139,500.00** |

**Inclusions:**

All work is to be in strict accordance with NPS drawings: CWDW Hiker / Mountain Biker Trail Repair & Connectivity Improvements drawings dated June 23, 2014.
   - All work is to be in strict accordance with project specifications.
* Harvest/Clear Boulders area listed in Drawings Sheet A2.01.
* Relocate boulders to various locations through project drawings sheets.
* Re-seed boulder area and clear brush.
* Clear trail profile for New & Existing Trials (Asphalt and Gravel).
* Silt Fence as required or necessary along with removal at end of completion.
* topsoil feathered in along ALL paths.
* All seeding & straw restoration.
* All guard rail remediation as noted on plans.
* Bollard & Fence removal as noted on plans.
* Furnish & Install - Deciduous & Conifer Tree's listed in project drawings.
* Clear & Grub as required.
* Provide tree root remediation as necessary throughout all new & existing asphalt /gravel trails.
* Tree Root remediation as necessary.
All work related to Boardwalk as listed / specified in project drawings and specs.

All work related to movable posts as listed in project drawings and specifications.

Coordinate Construction operations included in various sections to assure efficient and orderly installation of each part of work.
- Conduct a pre-installation conference at project site before each construction activity that requires coordination.
- Submittals: Submit product data on reference materials to be used. Submit physical samples identical with the material of product proposed.
- Subcontractor shall provide cool potable water for construction personnel.
- Interruption of existing services shall not be interrupted without prior approval with a minimum 48 hours.
- Protect and Prevent damages to Historic and Preservation Features.  Confine all work to project work limits.
- Provide and apply dust control methods to minimize raising dust from construction operations. Wet down dry all materials and rubbish to prevent blowing dust.
- Remove all debris and rubbish materials daily.
- Take all necessary cautions to prevent fire during construction. Clean each paved surf
Subcontract also includes:
- Site cleanup, debris and trash removal offsite by Subcontractor daily.
- All associated safety requirements, including temporary barriers, traffic control, etc…
- Restoration and final cleanup of affected areas.
- Unless otherwise noted, all materials and equipment for this scope of work.
- Materials escalation.
- All material unloading, lifting, hoisting, handling, etc. required for this scope of work.
- Complete closeout package to include Warranty of Work, As-built drawings, and O&M manuals (where applicable).
- Arrangements for Subcontractor parking is the sole responsibility of the Subcontractor.
- Only Owner requested changes and approved Change Orders will be processed.
- Activities that generate excessive noise, vibration, noxious vapors, and interrupt facility functions or create public disturbances may be required to be performed during off-hours at the discretion of the Owner.

**Exclusions:**

CONTRACTOR:  **Edifice Group, Inc.**

By: _____

Printed
Name: _____

Title: _____

Date: _____

SUBCONTRACTOR:  **Aspen Nursery/Aspen Landscape**

By: _____

Printed
Name: _____

Title: _____

Date: _____

# ARTICLE 2
# SCOPE OF WORK

2.1 SUBCONTRACT WORK  The Constructor contracts with the Subcontractor as an independent contractor to provide all labor, materials, equipment and services necessary or incidental to complete the work for the project described in Article 1 and as may be set forth in further detail in the Inclusions Section above in accordance with and reasonably inferable from, that which is indicated in the Subcontract Documents, and consistent with the Progress Schedule, as may change from time to time. The Subcontractor shall perform the Subcontract Work under the general direction of the Constructor and in accordance with the Subcontract Documents.

2.2 CONSTRUCTOR'S WORK  The Constructor's Work is the construction and services required of the Constructor to fulfill its obligations pursuant to its Prime Contract with the Owner (the Work). The Subcontract Work is a portion of the Constructor's Work.

2.2.1  The Constructor and the Subcontractor shall perform their obligations with integrity, ensuring at a minimum that:

2.2.1.1  Conflicts of interest shall be avoided or disclosed promptly to the other Party; and

2.2.1.2  The Constructor and the Subcontractor warrant that they have not and shall not pay nor receive any contingent fees or gratuities to or from the other, including their agents, officers and employees, Subcontractors or others for whom they may be liable, to secure preferential treatment.

2.3 SUBCONTRACT DOCUMENTS  The Subcontract Documents include this Agreement, the Prime Contract's specific conditions, general conditions, specifications, drawings, addenda, Subcontract Change Orders, approved submittals, amendments and any pending and exercised alternates. The Constructor shall make available to the Subcontractor, at the Constructor's office prior to the execution of this Agreement, the existing Subcontract Documents to which the Subcontractor will be bound. The Subcontractor similarly shall provide copies of applicable portions of the Subcontract Documents to its proposed subcontractors and suppliers. Nothing shall prohibit the Subcontractor from obtaining copies of the Subcontract Documents from the Constructor at any time after the Subcontract Agreement is executed. The Subcontract Documents existing at the time of the execution of this Agreement are listed in Article 13.

2.3.1  ELECTRONIC DOCUMENTS  If the Prime Contract requires that the Owner, Constructor and Subcontractors exchange documents and data in electronic or digital form, or to any such exchange the Prime Contract may contain a written protocol governing all exchanges of data, which, at a minimum shall specify: (1) the definition of documents and data to be accepted in electronic or digital form or to be transmitted electronically or digitally, (2) management and coordination responsibilities, (3) necessary equipment, software and services, (4) acceptable formats, transmission methods and verification procedures, (5) methods for maintaining version control, (6) privacy and security requirements, and (7) storage and retrieval requirements. The Subcontractor shall provide whatever input is needed to assist the Constructor in complying with the protocol and shall be bound by the requirements of the written protocol. Except as otherwise agreed to by the Parties in writing, the Parties shall each bear their own cost as identified in the protocol. In the absence of a written protocol, use of documents and data in electronic or digital form shall be at the sole risk of the recipient.

2.4 CONFLICTS  In the event of a conflict between this Agreement and the other Subcontract Documents, this Agreement shall govern.

2.5 EXTENT OF AGREEMENT  Nothing in this Agreement shall be construed to create a contractual relationship between persons or entities other than the Constructor and Subcontractor. This Agreement is solely for the benefit of the Parties, represents the entire and integrated agreement between the Parties, and supersedes all prior negotiations, representations, or agreements, either written or oral.

2.6 DEFINITIONS

2.6.1 Wherever the term Progress Schedule is used in this Agreement, it shall be read as Project Schedule when that term is used in the Subcontract Documents.

2.6.2 Whenever the term Change Order is used in this Agreement, it shall be read as Change Document when that term is used in the Subcontract Documents.

2.6.3 Unless otherwise indicated, the term Day shall mean calendar day.

# ARTICLE 3
## SUBCONTRACTOR'S RESPONSIBILITIES

3.1 OBLIGATIONS   The Constructor and Subcontractor are hereby mutually bound by the terms of this Agreement. To the extent the terms of the Prime Contract apply to the Subcontract Work, then the Constructor hereby assumes toward the Subcontractor all the obligations, rights, duties, and redress that the Owner under the Prime Contract assumes toward the Constructor. In an identical way the Subcontractor hereby assumes toward the Constructor all the same obligations, rights, duties, and redress that the Constructor assumes toward the Owner under the Prime Contract. In the event of an inconsistency among the documents, the specific terms of this Agreement shall govern.

3.2 RESPONSIBILITIES   The Subcontractor agrees to furnish its diligent efforts and judgment in the performance of the Subcontract Work and to cooperate with the Constructor so that the Constructor may fulfill its obligations to the Owner. The Subcontractor shall furnish all of the labor, material, equipment, and services including but not limited to competent supervision, shop drawings, samples, tools, and scaffolding as are necessary for the proper performance of the Subcontract Work. The Subcontractor shall provide the Constructor a list of its proposed subcontractors and suppliers, and be responsible for taking field dimensions, providing test, obtaining required permits related to the Subcontract Work and affidavits, ordering of materials and all other actions as required to meet the Progress Schedule.

3.3 INCONSISTENCIES AND OMISSIONS   The Subcontractor shall make a careful analysis and comparison of the drawings, specifications, other Subcontract Documents and information furnished by the Owner relative to the Subcontract Work. Such analysis and comparison shall be solely for the purpose of facilitating the Subcontract Work and neither for the discovery of errors, inconsistencies or omissions in the Subcontract Documents nor for ascertaining if the Subcontract Documents are in accordance with applicable laws, statutes, ordinances, building codes, rules or regulations. Should the Subcontractor discover any errors, inconsistencies or omissions in the Subcontract Documents, the Subcontractor shall report such discoveries to the Constructor in writing within three (3) Days. Upon receipt of notice, the Constructor shall instruct the Subcontractor as to the measures to be taken, and the Subcontractor shall comply with the Constructor's instructions. If the Subcontractor performs work knowing it to be contrary to any applicable laws, statutes, ordinances, building codes, rules or regulations without notice to the Constructor and advance approval by appropriate authorities, including the Constructor, the Subcontractor shall assume appropriate responsibility for such work and shall bear all associated costs, charges, fees and expenses necessarily incurred to remedy the violation. Nothing in this paragraph shall relieve the Subcontractor of responsibility for its own errors, inconsistencies and omissions.

3.4 SITE VISITATION   Prior to performing any portion of the Subcontract Work, the Subcontractor shall conduct a visual inspection of the Project site to become generally familiar with local conditions and to correlate site observations with the Subcontract Documents. If the Subcontractor discovers any discrepancies between its site observations and the Subcontract Documents, such discrepancies shall be promptly reported to the Constructor.

3.5 INCREASED COSTS OR TIME   The Subcontractor may assert a Claim as provided in Article 7 if Constructor's clarifications or instructions in responses to requests for information are believed to require additional time or cost. If the Subcontractor fails to perform the reviews and comparisons required in Paragraphs 3.3 and 3.4, above, to the extent the Constructor is held liable to the Owner because of the Subcontractor's failure, the Subcontractor shall pay the costs and damages to the Constructor that would have been avoided if the Subcontractor had performed those obligations.

3.6 COMMUNICATIONS   Unless otherwise provided in the Subcontract Documents and except for emergencies Subcontractor shall direct all communications related to the Project to the Constructor.

3.7 SUBMITTALS

3.7.1   The Subcontractor promptly shall submit for approval to the Constructor all shop drawings, samples, product data, manufacturer's literature and similar submittals required by the Subcontract Documents. Submittals shall be submitted in electronic form if required in accordance with Subparagraph 2.3.1. The Subcontractor shall be responsible to the Constructor for the accuracy and conformity of its submittals to the Subcontract Documents. The Subcontractor shall prepare and deliver its submittals to the Constructor in a manner consistent with the Progress Schedule and in such time and sequence so as not to delay the Constructor or others in the performance of the Work. The approval of any Subcontractor submittal shall not be deemed to authorize deviations, substitutions or changes in the requirement of the Subcontract Documents unless express written approval is obtained from the Constructor and Owner authorizing such deviation, substitution or change. Such approval shall be promptly memorialized in a Subcontract Change Order within seven (7) Days following approval by the Constructor and, if applicable, provide for an adjustment in the Subcontract Amount or

Subcontract Time. In the event that the Subcontract Documents do not contain submittal requirements pertaining to the Subcontract Work, the Subcontractor agrees upon request to submit in a timely fashion to the Contractor for approval any shop drawings, samples, product data, manufacturers' literature or similar submittals as may reasonably be required by the Constructor or the Owner. Unless required by the Prime Contract for authorized deviations, substitutions or changes that do not have a cost or time impact, a Subcontract change order shall not be required, but such authorized deviations, substitutions or changes shall be confirmed in a writing.

3.7.2 The Constructor, and the Owner, are entitled to rely on the adequacy, accuracy and completeness of any certifications required by the Subcontract Documents concerning the performance criteria of systems, equipment or materials, including all relevant calculations and any governing performance requirements.

## 3.8 DESIGN DELEGATION

3.8.1 If the Subcontract Documents (1) specifically require the Subcontractor to procure design services and (2) specify all required design and performance criteria to perform such services, the Subcontractor shall provide those design services necessary to satisfactorily complete the Subcontract Work. The Designer shall design all documents in accordance with local, state and federal agencies applicable codes and regulation per the Contract Documents. The Designer shall provide EO Insurance per the requirements of the Constructor. Design services provided by the Subcontractor shall be procured from licensed design professionals retained by the Subcontractor as required by the law of the place where the Project is located (the Designer). The Designer shall be the Designer of Record for the Subcontractor. The Designer's signature and seal shall appear on all drawings, calculations specifications certifications, Shop Drawings and other submittals prepared by the Designer. Shop Drawings and other submittals related to the Subcontract Work designed or certified by the Designer, if prepared by others shall bear the Subcontractor's and the Designer's written approvals when submitted to the Constructor. The Constructor shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications or approvals performed by the Designer.

3.8.2 If the Designer is an independent professional, these design services shall be procured pursuant to a separate agreement between the Subcontractor and the Designer. The Subcontractor-Designer agreement shall not provide for any limitation of liability, except to the extent that consequential damages are waived pursuant to Subparagraph 5.4.1, or exclusion from participation in the multiparty proceedings requirement of Paragraph 11.6. The Subcontractor shall notify the Constructor in writing if it intends to change the Designer. The Subcontractor shall be responsible for conformance of its design with the information given and the design concept expressed in the Subcontract Documents. The Subcontractor shall not be responsible for the adequacy of the performance or design criteria required by the Subcontract Documents.

3.8.3 The Subcontractor shall not be required to provide design services in violation of any applicable law.

## 3.9 TEMPORARY SERVICES
The Subcontractor's and Constructor's respective responsibilities for temporary are set forth in the Inclusions Section above.

## 3.10 COORDINATION
The Subcontractor shall:

3.10.1 cooperate with the Constructor and all others whose work may interface with the Subcontract Work;

3.10.2 specifically note and immediately advise the Constructor of any such interface with the Subcontract Work; and

3.10.3 participate in the preparation of coordination drawings and work schedules in areas of congestion.

## 3.11 SUBCONTRACTOR'S REPRESENTATIVE
The Subcontractor shall designate a person, subject to Constructor's approval, who shall be the Subcontractor's authorized representative. This representative shall be the only person to whom the Constructor shall issue instructions, orders or directions, except in an emergency.

## 3.12 TESTS AND INSPECTIONS
The Subcontractor shall schedule all required tests approvals and inspections of the Subcontract Work at appropriate times so as not to delay the progress of the work. The Subcontractor shall give proper written notice to all required Parties of such tests approvals and inspections. Except as otherwise provided in the Subcontract Documents the Subcontractor shall bear all expenses associated with tests inspections and approvals required of the Subcontractor by the Subcontract Documents which unless otherwise agreed to, shall be conducted by an independent testing laboratory or entity approved by the Constructor and Owner. Required certificates of testing approval or inspection shall, unless otherwise required by the Subcontract Documents, be secured by the Subcontractor and promptly delivered to the Constructor.

### 3.13 CLEANUP

3.13.1 The Subcontractor shall at all times during its performance of the Subcontract Work keep the Work site clean and free from debris resulting from the Subcontract Work and remove the debris from the site. Prior to discontinuing the Subcontract Work in an area, the Subcontractor shall clean the area and remove all its rubbish and its construction equipment tools machinery, waste and surplus materials from the site or to an approved area designated by the Constructor. Subcontractor shall make provisions to minimize and confine dust and debris resulting from its construction activities. The Subcontractor shall not be held responsible for unclean conditions caused by others.

3.13.2 If the Subcontractor fails to commence compliance with cleanup duties within two (2) business Days after written notification from the Constructor of non-compliance, the Constructor will implement appropriate cleanup measures without further notice and the cost thereof shall be deducted from any amounts due or to become due the Subcontractor in the next payment period.

### 3.14 SAFETY

3.14.1 The Subcontractor is required to perform the Subcontract Work in a safe and reasonable manner. The Subcontractor shall seek to avoid injury loss or damage to persons or property by taking reasonable steps to protect:

3.14.1.1 Employees and other persons at the site;

3.14.1.2 Materials and equipment stored at the site or at off-site locations for use in performance of the Subcontract Work; and

3.14.1.3 All property and structures located at the site and adjacent to work areas whether or not said property or structures are part of the Project or involved in the Work.

3.14.2 Subcontractor shall comply with the safety program established by the Constructor for the Project including any safety manual issued by the Constructor for the Project.

3.14.3 The Subcontractor shall give all required notices and comply with all applicable rules, regulations, orders and other lawful requirements established to prevent injury, loss or damage to persons or property.

3.14.4 Consistent with the Subcontract Documents including but not limited to the Prime Contract, the Subcontractor shall implement appropriate safety measures pertaining to the Subcontract Work and the Project including establishing safety rules, posting adequate warnings and notices, erecting safety barriers, and establishing proper notice procedures to protect persons and property at the site and adjacent to the site from injury, loss or damage.

3.14.5 The Subcontractor shall exercise extreme care in carrying out any of the Subcontract Work which involves explosive or other dangerous methods of construction or hazardous procedures, materials or equipment. The Subcontractor shall use properly qualified individuals or entities to carry out the Subcontract Work in a safe and reasonable manner so as to reduce the risk of bodily injury or property damage.

3.14.6 Damage or loss not insured under property insurance and to the extent caused by the negligent acts or omissions of the Subcontractor or anyone for whose acts the Subcontractor may be liable shall be promptly remedied by the Subcontractor. Damage or loss to the extent caused by the negligent acts or omissions of the Constructor, or anyone for whose acts the Constructor may be liable, shall be promptly remedied by the Constructor.

3.14.7 The Subcontractor is required to designate an individual at the site in the employ of the Subcontractor who shall act as the Subcontractor's designated safety representative with a duty to prevent accidents. Unless otherwise identified by the Subcontractor in writing to the Constructor, the designated safety representative shall be the Subcontractor's project superintendent. Such safety representative shall attend site safety meetings as requested by the Constructor.

3.14.8 The Subcontractor has an affirmative duty not to overload the structures or conditions at the site and shall take reasonable steps not to load any part of the structures or site so as to give rise to an unsafe condition or create an unreasonable risk of bodily injury or property damage. The Subcontractor shall have the right to request, in writing, from the Constructor loading information concerning the structures at the site.

3.14.9  The Subcontractor shall give prompt written notice to the Constructor of any accident involving bodily injury requiring a physician's care, any property damage exceeding Five Hundred Dollars ($500.00) in value or such lesser amount as provided in the Prime Contract or any failure that could have resulted in serious bodily injury, whether or not such an injury was sustained.

3.14.10  Prevention of accidents at the site is the responsibility of the Constructor, Subcontractor, and all other subcontractors, persons and entities at the site. Establishment of a safety program by the Constructor shall not relieve the Subcontractor or other Parties of their safety responsibilities. The Subcontractor shall establish its own safety program implementing safety measure policies and standard as conforming to those required or recommended by governmental and quasi-governmental authorities having jurisdiction and by the Constructor and Owner, including but not limited to requirements imposed by the Subcontract Documents. The Subcontractor shall comply with the reasonable recommendations of insurance companies having an interest in the Project and shall stop any part of the Subcontract Work which the Constructor deems unsafe until corrective measures satisfactory to the Constructor shall have been taken. The Constructor's failure to stop the Subcontractor's unsafe practices shall not relieve the Subcontractor of the responsibility therefore. The Subcontractor shall notify the Constructor immediately following a reportable incident under applicable rules regulations, orders and other lawful requirements, and promptly confirm the notice in writing. A detailed written report shall be furnished if requested by the Constructor. To the fullest extent permitted by law, each Party to this Agreement shall indemnify the other party from and against fines or penalties imposed as a result of safety violations, but only to the extent that such fines or penalties are caused by its failure to comply with applicable safety requirements. This indemnification obligation does not extend to additional or increased fines that result from repeated or willful violations not caused by the Subcontractor's failure to comply with applicable rules regulations, orders and other lawful requirements.

3.15  PROTECTION OF THE WORK   The Subcontractor shall take necessary precautions to properly protect the Subcontract Work and the work of others from damage caused by the Subcontractor's operations. Should the Subcontractor cause damage to the Work or property of the Owner, the Constructor or others, the Subcontractor shall promptly remedy such damage to the satisfaction of the Constructor or the Constructor may after forty-eight (48) hours written notice to the Subcontractor, remedy the damage and deduct its cost from any amounts due or to become due the Subcontractor, unless such costs are recovered under applicable property insurance.

3.16  PERMITS, FEES, LICENSES AND TAXES   The Subcontractor shall give timely notices to authorities pertaining the Subcontract Work, and shall be responsible for all permits, licenses, assessments, inspections, testing and taxes necessary to complete the Subcontract Work in accordance with the Subcontract Documents. To the extent reimbursement is obtained by the Constructor from the Owner under the Prime Contract, the Subcontractor shall be compensated for additional costs resulting from taxes enacted after the date of this Agreement.

3.17  ASSIGNMENT OF SUBCONTRACT WORK   The Subcontractor shall neither assign the whole nor any part of the Subcontract Work without prior written approval of the Constructor.

3.18  HAZARDOUS MATERIALS   To the extent that the Constructor has rights or obligations under the Prime Contract or by law regarding hazardous materials as defined by the Subcontract Documents within the scope of the Subcontract Work, the Subcontractor shall have the same rights or obligations.

3.19  MATERIAL SAFETY DATA (MSD) SHEETS   The Subcontractor shall submit to the Constructor all Material Safety Data Sheets required by law for materials or substances necessary for the performance of the Subcontract Work. MSD sheets obtained by the Constructor from other subcontractors or sources shall be made available to the Subcontractor by the Constructor.

3.20  LAYOUT RESPONSIBILITY AND LEVELS   The Constructor shall establish principal axis lines of the building and site, and benchmarks. The Subcontractor shall lay out and be strictly responsible for the accuracy of the Subcontract Work and for any loss or damage to the Constructor or others by reason of the Subcontractor's failure to lay out or perform Subcontract Work correctly. The Subcontractor shall exercise prudence so that the actual final conditions and details shall result in alignment of finish surfaces.

3.21  WARRANTIES   The Subcontractor warrants that all materials and equipment shall be new unless otherwise specified, of good quality, in conformance with the Subcontract Documents, and free from defect in workmanship and materials. The Subcontractor further warrants that the Work shall be free from material defects not intrinsic in the design or materials required in the Subcontract Documents. The Subcontractor's warranty does not include remedies for defects or damages caused by normal wear and tear during normal usage, use for a purpose for which the Project was not

intended, improper or insufficient maintenance, modifications performed by Others, or abuse. Unless a different date is specified in the Prime Contract, warranties shall commence on the date of Substantial Completion of the Work or a designated portion thereof.

## 3.22 UNCOVERING/CORRECTION OF SUBCONTRACT WORK

### 3.22.1 UNCOVERING OF SUBCONTRACT WORK

3.22.1.1 If required in writing by the Constructor, the Subcontractor must uncover any portion of the Subcontract Work, which has been covered by the Subcontractor in violation of the Subcontract Documents or contrary to a directive issued to the Subcontractor by the Constructor. Upon receipt of a written directive from the Constructor, the Subcontractor shall uncover such work for the Constructor's or Owner's inspection and restore the uncovered Subcontract Work to its original condition at the Subcontractor's time and expense.

3.22.1.2 The Constructor may direct the Subcontractor to uncover portions of the Subcontract Work for inspection by the Owner or Constructor at any time. The Subcontractor is required to uncover such work whether or not the Constructor or Owner had requested to inspect the Subcontract Work prior to it being covered. Except as provided in Subparagraph 3.22.1.1, this Agreement shall be adjusted by change order for the cost and time of uncovering and restoring any work which is uncovered for inspection and proves to be installed in accordance with the Subcontract Documents provided the Constructor had not previously instructed the Subcontractor to leave the work uncovered. If the Subcontractor uncovers work pursuant to a directive issued by the Constructor and such work upon inspection does not comply with the Subcontract Documents, the Subcontractor shall be responsible for all costs and time of uncovering, correcting and restoring the work so as to make it conform to the Subcontract Documents. If the Constructor or some other entity for which the Subcontractor is not responsible caused the nonconforming condition, the Constructor shall be required to adjust this Agreement by change order for all such costs and time.

### 3.22.2 CORRECTION OF WORK

3.22.2.1 If the Owner or Constructor rejects the Subcontract Work or the Subcontract Work is not in conformance with the Subcontract Documents, the Subcontractor shall promptly correct the Subcontract Work whether it had been fabricated, installed or completed. The Subcontractor shall be responsible for the costs of correcting such Subcontract Work, any required additional testing or inspection, and the compensation for services and expenses of the Owner and Constructor made necessary by the defective Subcontract Work.

3.22.2.2 In addition to the Subcontractor's obligations under Paragraph 3.21, the Subcontractor agrees to promptly correct after receipt of a written notice from the Constructor, Subcontract Work performed under this Agreement which proves to be defective in workmanship or materials within a period of one year from the date of Substantial Completion of the Subcontract Work or for a longer period of time as may be required by specific warranties in the Subcontract Documents. Substantial Completion of the Subcontract Work or of a designated portion, occurs on the date when construction is sufficiently complete in accordance with the Subcontract Documents so that the Owner can occupy or utilize the Project or a designated portion, for the use for which it is intended, without unscheduled disruption. If, during the one-year period, the Constructor fails to provide the Subcontractor with prompt written notice of the discovery of defective or nonconforming Subcontract Work, the Constructor shall neither have the right to require the Subcontractor to correct such Subcontract Work nor the right to make claim for breach of warranty. If the Subcontractor fails to correct defective or nonconforming Subcontract Work within a reasonable time after receipt of notice from the Constructor, the Constructor may correct such Subcontract Work pursuant to Subparagraph 10.1.1.

3.22.3   Unless otherwise provided in the Prime Contract, the Subcontractor's correction of Subcontract Work pursuant to this Paragraph 3.22 shall not extend the one-year period for the correction of Subcontract Work, but if Subcontract Work is first performed after Substantial Completion, the one-year period for corrections shall be extended by the time period after Substantial Completion and the performance of that portion of Subcontract Work. The Subcontractor's obligation to correct Subcontract Work within one year as described in this Paragraph 3.22 does not limit the enforcement of Subcontractor's other obligations with regard to the Agreement and the Subcontract Documents.

3.22.4   If the Subcontractor's correction or removal of Subcontract Work destroys or damages completed or partially completed work of the Owner, the Constructor or any separate contractors or subcontractors, the Subcontractor shall be responsible for the reasonable cost of correcting such destroyed or damaged property.

3.22.5   If portions of Subcontract Work which do not conform with the requirements of the Subcontract Documents are neither corrected by the Subcontractor nor accepted by the Constructor, the Subcontractor shall remove such Subcontract Work from the Project site if so directed by the Constructor.

3.23   MATERIALS OR EQUIPMENT FURNISHED BY OTHERS   In the event the scope of the Subcontract Work includes installation of materials or equipment furnished by others, it shall be the responsibility of the Subcontractor to exercise proper care in receiving, handling, storing and installing such items, and also otherwise provided in the Subcontract Documents. The Subcontractor shall examine the items provided and report to the Constructor in writing any items it may discover that do not conform to requirements of the Subcontract Documents. The Subcontractor shall not proceed to install non-conforming items without further instructions from the Constructor. Loss or damage due to acts or omissions of the Subcontractor shall, upon two (2) business Days written notice to the Subcontractor be deducted from any amounts due or to become due the Subcontractor.

3.24   SUBSTITUTIONS   No substitutions shall be made in the Subcontract Work unless permitted in the Subcontract Documents, and only upon the Subcontractor first receiving all approvals required under the Subcontract Documents for substitutions.

3.25   USE OF CONSTRUCTORS EQUIPMENT   The Subcontractor, its agents, employees, subcontractors or suppliers shall use the Constructor equipment only with the express written permission of the Constructor's designated representative and in accordance with the Constructor's terms and conditions for such use. If the Subcontractor or any of its agents, employees, subcontractors or suppliers utilize any of the Constructor's equipment, including machinery, tools, scaffolding, hoists, lifts or similar items owned, leased or under the control of the Constructor, the Subcontractor shall indemnify and be liable to the Constructor as provided in Article 9 for any loss or damage (including bodily injury or death) which may arise from such use, except to the extent that such loss or damage is caused by the negligence of the Constructor's employees operating the Constructor's equipment.

3.26   WORK FOR OTHERS   Until final completion of the Subcontract Work, he Subcontractor agrees not to perform any work directly for the Owner or any tenants or deal directly with the Owner's representatives in connection with the Subcontract Work, unless otherwise approved in writing by the Constructor.

3.27   SYSTEMS AND EQUIPMENT STARTUP   With the assistance of the Owner's maintenance personnel and Constructor, the Subcontractor shall direct the check-out and operation of systems and equipment for readiness and assist in their initial startup and the testing of the Subcontract Work.

3.28   COMPLIANCE WITH LAWS   The Subcontractor agrees to be bound by, and at its own cost s comply with federal, state and local laws, ordinances and regulations (the Laws) applicable to the Subcontract Work, including but not limited to, equal employment opportunity, minority business enterprise, women's business enterprises, disadvantaged business enterprise, safety and all other Laws with which the Constructor must comply. The Subcontractor shall be liable to the Constructor and the Owner for all loss, cost and expense attributable to any adof commission or omission only the Subcontractor, its employees and agents resulting from the failure to comply with laws, including but not limited to any fines, penalties or corrective measures, except as provided in Subparagraph 3.14.10. Note the FAR 52.222-6-Davis Bacon Act, July 2005 is incorporated into this agreement.

3.29   CONFIDENTIALITY   To the extent the Prime Contract provides for the confidentiality of any of the Owner's proprietary or otherwise confidential information disclosed in connection with the performance of this Agreement, the Subcontractor is equally bound by the Owner's confidentiality requirements.

3.30   ROYALTIES, PATENTS AND COPYRIGHTS   The Subcontractor shall pay all royalties and licenses which may be due on the inclusion of any patented or copyrighted materials, methods or systems selected by the Subcontractor and incorporated into the Subcontract Work. The Subcontractor shall defend, indemnify and hold the Constructor and Owner harmless from all suits or claims for infringement of any patent rights or copyrights arising out of such selection. Unless otherwise provided in the Prime Contract, the Subcontractor shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Subcontract Documents without notice in the Subcontract Documents that a royalty or license fee must be paid for the use of the design, process, or product. However, if the Subcontractor has reason to believe that a particular design, process or product required by the Subcontract Documents is an infringement of a patent, the Subcontractor shall promptly furnish such information to the Constructor or be responsible to the Constructor and Owner for any loss sustained as a result.

3.31  LABOR RELATIONS  See the Inclusions Section above.

# ARTILCE 4
# CONSTRUCTOR'S RESPONSIBILITIES

4.1  CONSTRUCTOR'S REPRESENTATIVE    The Constructor shall designate a person who shall be the Constructor's authorized representative. The Constructor's representative shall be the only person the Subcontractor shall look to for instructions, orders or directions, except in an emergency.

4.2  OWNER'S ABILITY TO PAY

4.2.1  The Subcontractor shall have the right upon request to receive from the Constructor such information as the Constructor has obtained relative to the Owner's financial ability to pay for the Work including any subsequent material variation in such information. The Constructor, however, does not warrant the accuracy or completeness of the information provided by the Owner.

4.2.2  If the Subcontractor does not receive the information referenced in Subparagraph 4.2.1 with regard to the Owner's ability to pay for the Work as required by the Subcontract Documents, the Subcontractor may request the information from the Owner.

4.3  CONSTRUCTOR APPLICATION FOR PAYMENT  Upon request the Constructor shall give the Subc copy of the most current Constructor application for payment reflecting the amounts approved or paid by the Owner for the Subcontract Work performed to date.

4.4  INFORMATION OR SERVICES  The Subcontractor is entitled to request through the Constructor any information or services relevant to the performance of the Subcontract Work which is under the Owner control    . To the extent the Constructor receives such information and services he Constructor shall provide them to the Subcontractor    . The Constructor, however, does not warrant the accuracy or completeness of the information provided by the Owner. To the extent the Owner provides any warranty of Owner provided information, Constructor agrees to permit the Subcontractor to prosecute a claim in the name of the Constructor for the use and benefit of the Subcontractor pursuant to Subparagraphs 5.3.2 and 11.2 concerning any defects or inaccuracies in the Owner-provided information.

4.5  STORAGE AREAS  Consistent with the Prime Contract he Constructor shall allocate adequate storage area available, for the Subcontractor's materials and equipment during the course of the Subcontract Work    . Unless otherwise agreed upon the Constructor shall reimburse the Subcontractor for the additional costs of having to relocate such storage areas at the direction of the Constructor.

4.6  TIMELY COMMUNICATIONS  The Constructor shall transmit to the Subcontractor with reasonable promptness submittals, transmittals and written approvals relative to the Subcontract Work    . Unless otherwise specified in the Subcontract Documents communications by and with the Subcontractors or subcontractor, material men and suppliers shall be through the Subcontractor.

4.7  USE OF SUBCONTRACTORS EQUIPMENT    The Constructor, its agents, employees or suppliers shall Subcontractor's equipment only with the express written permission of the Subcontractor's designated representative and in accordance with the Subcontractor terms and conditions for such use   . If the Constructor or any of its agents employees or suppliers utilize any of the Subcontractor's equipment, including machinery to o1 ssc affoldings or scaffolds or similar items owned, leased or under the control of the Subcontractor the Constructor shall indemnify and be liable to the Subcontractor as provided in Article 9 for any loss or damage (including bodily injury or death) which may arise from such use, except to the extent that such loss or damage is caused by the negligence of the Subcontractor 'er employees operating the Subcontractor's equipment.

# ARTICLE 5
# PROGRESS SCHEDULE

5.1  TIME IS OF THE ESSENCE    Time is of the essence for both Parties. They mutually agree to see to the performance of their respective obligations so that the entire Project may be completed in accordance with the Contract Documents and particularly the Progress Schedule as set forth in the Inclusions Section above.

5.2  SCHEDULE OBLIGATIONS    The Subcontractor shall provide the Constructor with any scheduling information proposed by the Subcontractor for the Subcontract Work. In consultation with the Subcontractor the Constructor shall

prepare the schedule for performance of the Work (the Progress Schedule) and shall revise and update such schedule as necessary, as the Work progresses. Both the Constructor and the Subcontractor shall be bound by the Progress Schedule. The Progress Schedule and all subsequent changes and additional details shall be submitted to the Subcontractor promptly and reasonably in advance of the required performance. The Constructor shall have the right to determine and if necessary change the time order and priority in which the various portions of the Work shall be performed and all other matters relative to the Subcontract Work. To the extent such changes increase Subcontractor's time and costs, the Subcontract Amount and Subcontract Time shall be equitably adjusted.

## 5.3 DELAYS AND EXTENSIONS OF TIME

5.3.1  OWNER CAUSED DELAY   Subject to Subparagraph 5.3.2, if the commencement or progress of the Subcontract Work is delayed by the acts or omissions of the Owner and without the fault or responsibility of the Subcontractor, or any of the Subcontractor's subcontractors, material men and suppliers, the time for the Subcontract Work shall be extended by Subcontract Change Order and the Subcontract Price equitably adjusted to the extent obtained by the Constructor from the Owner under the Subcontract Documents and the Progress Schedule shall be revised accordingly.

5.3.2  CLAIMS RELATING TO OWNER   The Subcontractor agrees to initiate all claims for which the Owner is or may be liable in the manner, process and within the time limits provided in the Subcontract Documents for like claims by the Constructor upon the Owner and in sufficient time for the Constructor to initiate such claims against the Owner in accordance with the Subcontract Documents. At the Subcontractor's request and expense to the extent agreed upon in writing the Constructor agrees to permit the Subcontractor to prosecute a claim in the name of the Constructor for the use and benefit of the Subcontractor in the manner provided in the Subcontract Documents for like claims by the Constructor upon the Owner.

5.3.3  CONSTRUCTOR CAUSED DELAY   Nothing in this Article shall preclude the Subcontractor's recovery delay damages caused by the Constructor to the extent not otherwise precluded by this Agreement.

5.3.4  CLAIMS RELATING TO CONSTRUCTOR   The Subcontractor shall give the Constructor written notice of all claims not included in Subparagraph 5.3.2 within fourteen (14) Days of the Subcontractor's knowledge of the facts giving rise to the event for which claim is made. Thereafter, the Subcontractor shall submit written documentation of its claim including appropriate supporting documentation, within twenty-one (21) Days after giving notice, unless the Parties agree upon a longer period of time. The Constructor shall respond in writing denying or approving, in whole or in part the Subcontractor's claim no later than fourteen (14) Days after receipt of the Subcontractor's documentation of claim. All unresolved claims, disputes and other matters in question between the Constructor and the Subcontractor not relating to claims included in Subparagraph 5.3.2 shall be resolved in the manner provided in Article 11.

## 5.4 LIMITED MUTUAL WAIVER OF CONSEQUENTIAL DAMAGES

5.4.1  Except for damages provided for by the Subcontract Documents as liquidated damages and excluding losses covered by insurance required by the Subcontract Documents, the Constructor and Subcontractor waive claims against each other for consequential damages arising out of or relating to this Agreement to the same extent the Prime Contract furnished to the Subcontractor in accordance with Paragraph 2.3 provides for a mutual waiver of consequential damages by the Owner and Constructor, including to the extent provided in the Prime Contract, damages for loss of business, loss of financing, principal office overhead and expenses, loss of profit not related to this Project, loss of bonding capacity, loss of reputation, or insolvency. Similarly, the Subcontractor shall obtain in another agreement from its Sub-Subcontractors mutual waivers of consequential damages that correspond to the Subcontractor's waiver of consequential damages herein. To the extent applicable, this mutual waiver applies to consequential damages due to termination by the Constructor or the Owner in accordance with this Agreement or the Prime Contract. The provisions of this Article shall also apply to and survive termination of this Agreement.

## 5.5 LIQUIDATED DAMAGES

5.5.1  If the Subcontract Documents furnished to the Subcontractor in accordance with Paragraph 2.3 provide for liquidated damages or other damages for delay beyond the completion date set forth in the Subcontract Documents that are not specifically addressed as a liquidated damage item in this Agreement and such damages are assessed, the Constructor may assess a share of the damages against the Subcontractor in proportion to the Subcontractor's share of the responsibility for the damages. The damages assessed will be based on the Critical Path of the Progress Schedule per Inclusions Section above. However, the amount of

such assessment shall not exceed the amount assessed against the Constructor. This Paragraph shall not limit the Subcontractor's liability to the Constructor for or the Constructor's actual damages caused by the Subcontractor.

5.5.2  To the extent the Prime Contract provides for a mutual waiver of consequential damages by the Owner and the Constructor, damages for which the Constructor is liable to the Owner including those related to Paragraph 9.1. are not consequential damages for the purpose of this waiver. Similarly, to the extent the Subcontractor-Sub-Subcontractor agreement provides for a mutual waiver of consequential damages by the Owner and the Constructor, damages for which the Subcontractor is liable to owed parties due to the fault of the Owner or Constructor are not consequential damages for the purpose of this waiver.

## ARTICLE 6
## SUBCONTRACT AMOUNT

As full compensation for performance of this Agreement, Constructor agrees to pay Subcontractor in current funds for the satisfactory performance of the Subcontract Work subject to all applicable provisions of the Subcontract the fixed price in detailed in Article 1.

## ARTICLE 7
## CHANGES IN THE SUBCONTRACT WORK

7.1  SUBCONTRACT CHANGE ORDERS   When the Constructor orders in writing the Subcontractor without nullifying this Agreement shall make any and all changes in the Subcontract Work which are within the general scope of this Agreement. Any adjustment in the Subcontract Amount or Subcontract Time shall be authorized by a Subcontract Change Order. No adjustments shall be made for any changes performed by the Subcontractor that have not been ordered by the Constructor. A Subcontract Change Order is a written instrument prepared by the Constructor and signed by the Subcontractor stating their agreement upon the change in the Subcontract Work.

7.2  UNILATERAL OR CONSTRUCTIVE CHANGES    To the extent that the Subcontract Documents provide for directives to perform what is or may be a Change to the work in the absence of agreement on the terms of a Subcontract Change Order, the Subcontractor shall promptly comply with such directives and be entitled to apply for interim payment if the Subcontract Documents so provide.

7.3  ADJUSTMENTS IN SUBCONTRACT AMOUNT   If a Subcontract Change Order requires an adjustment in the Subcontract Amount, the adjustment shall be established by one of the following methods:

7.3.1  mutual acceptance of an itemized lump sum;

7.3.2  unit prices as indicated in the Subcontract Documents or as subsequently agreed to by the Parties; or

7.3.3  costs determined in a manner acceptable to the Parties and a mutually acceptable fixed or percentage fee; or

7.3.4  another method provided in the Subcontract Documents.

7.4  SUBSTANTIATION OF ADJUSTMENT   If the Subcontractor does not respond promptly or disputes the method of adjustment, the method and the adjustment shall be determined by the Constructor on the basis of reasonable expenditures and savings of those performing the Work attributable to the change including in the case of an increase in the Subcontract Amount an allowance for overhead and profit of the percentage provided in Paragraph 7.4.6, or if none is provided as mutually agreed upon by the Parties. The Subcontractor may contest the reasonableness of any adjustment determined by the Constructor. The Subcontractor shall maintain for the Constructor's review and approval an appropriately itemized and substantiated accounting of the following items attributable to the Subcontract Change Order:

7.4.1  labor costs, including Social Security, health, welfare, retirement and other fringe benefits as normally required, and state workers' compensation insurance;

7.4.2  costs of materials, supplies and equipment, whether incorporated in the Subcontract Work or consumed, including transportation costs;

7.4.3  costs of renting machinery and equipment other than hand tools;

7.4.4  costs of bond and insurance premiums, permit fees and taxes attributable to the change; and

7.4.5  costs of additional supervision and field office personnel services necessitated by the change.

7.4.6  adjustments to the Subcontract Amount shall be based on net change in Subcontractor's reasonable cost of performing the changed Subcontract Work plus in case of a net increase in cost, agreed upon sum for or overhead and profit per the Prime Contract.

7.5  NO OBLIGATION TO PERFORM  The Subcontractor shall not perform changes in the Subcontract Work until a Subcontract Change Order has been executed or written instructions have been issued in accordance with Paragraphs 7.2 and 7.7.

7.6  EMERGENCIES  In an emergency affecting the safety of persons or property the Subcontractor shall act at its discretion, to prevent threatened damage, injury or loss. Any change in the Subcontract Amount or the Progress Schedule on account of emergency work shall be determined as provided in this Article.

7.7  INCIDENTAL CHANGES  The Constructor may direct the Subcontractor to perform incidental changes in the Subcontract Work which do not involve adjustments in the Subcontract Amount or Subcontract Time. Incidental changes shall be consistent with the scope and intent of the Subcontract Documents. The Constructor shall initiate an incidental change in the Subcontract Work by issuing a written order to the Subcontractor. Such written notice shall be carried out promptly and are binding on the Parties.

# ARTICLE 8
# PAYMENT

8.1  GENERAL PROVISIONS  The payment provisions of this contract are governed by certain provisions in 31 U.S.C. Section 3901 et seq. (The Federal Prompt Pay Act).

8.1.1  SCHEDULE OF VALUES  As a condition to payment, the Subcontractor shall provide a schedule of values to the Constructor for approval not more than fifteen (15) days from the date of execution of this Agreement. If Constructor approves the schedule of values prepared by Subcontractor, then the schedule of value shall be used for reviewing Subcontractor's payment application.

8.2  PROGRESS PAYMENTS

8.2.1  CERTIFICATION  A payment request may not be approved unless the payment application includes substantiation of the amounts requested and certification by the Subcontractor that:

8.2.1.1  the amounts requested are only for performance in accordance with the specifications, terms, and conditions of the Subcontract Documents;

8.2.1.2  payments to the Subcontractor's subcontractors and suppliers have been made from previous payments received under this Agreement that they have been paid in full all sums to which they are entitled, and timely payments will be made from the proceeds of the payment covered by this certification in accordance with their agreements and the requirements of 31 U.S.C. Section 3901 et seq.; and

8.2.1.3  the application does not include any amounts relating to the work of lower-tier subcontractor or supplier which the Subcontractor intends to withhold or retain from the lower-tier subcontractor or supplier. The Constructor is entitled to rely upon the Subcontractor certification in the Constructor's payment requests to the Owner concerning the Subcontractor's performance.

8.2.1.4  Certified Payrolls are submitted for all workers per the Subcontract Documents

8.2.2  OWNER VERIFICATION  Subcontractor may obtain information regarding the percentage of completion certified for the Subcontract Work directly from the Owner's representative.

8.2.3  SUBCONTRACTOR WITHHOLDING  If the Subcontractor withholds sums at any time received in a payment applicable to the work of a lower-tier subcontractor or supplier, the Subcontractor will notify the Constructor and the Constructor shall for appropriate deduct such amounts from the next payment to the Subcontractor.

8.2.4  APPLICATIONS The Subcontractor's applications for payment shall be submitted in the Constructor approved format. The Subcontractor's applications for payment shall be itemized and supported by

substantiating data as required by the Subcontract Documents. If the Subcontractor is obligated to provide design services pursuant to Paragraph 3.8, Subcontractor's application for payment shall show the Designer's fee and expenses as a separate cost item. If allowed under the Subcontract Documents the Subcontractor's application may include properly authorized Subcontract Construction Change Directives. The Subcontractor's progress payment application for the Subcontract Work performed in the preceding payment period shall be submitted for approval of the Constructor in accordance with the schedule of values if required and Subparagraphs 8.2.5, 8.2.6, and 8.2.7. The Constructor shall incorporate the approved amount of the Subcontractor's progress payment application into the Constructor's payment application to the Owner for the same period and submit it to the Owner in a timely fashion. The Constructor shall immediately notify the Subcontractor of any changes in the amount requested on behalf on the Subcontractor.

8.2.5  RETAINAGE   The rate of retainage shall be equal to percentage indicated in Article 1 above.  Retainage will be paid with the final payment.

8.2.6  TIME OF APPLICATION    The Subcontractor shall submit progress payment applications to the Constructor no later than the 25th day of each payment period for the Subcontract Work performed up to and including the 30th day of the payment period indicating work completed, and the extent allowed under Subparagraph 8.2.7, materials suitably stored during the preceding payment period.

8.2.7  STORED MATERIALS    Unless otherwise provided in the Subcontract Documents and if approved advance by the Owner, applications for payment may include materials and equipment not incorporated in the Subcontract Work but delivered to and suitably stored at the site or at some other location agreed upon in writing. Approval of payment applications for such stored items on or off the site shall be conditioned upon submission by the Subcontractor of bills of sale and applicable insurance or such other procedures satisfactory to the Owner and Constructor to establish the Owner's title to such materials and equipment otherwise to protect the Owner's and Constructor's interest including transportation to the site.

8.2.8  TIME OF PAYMENT    Progress payments to the Subcontractor for satisfactory performance of the Subcontract Work shall be made no later than seven (7) days after receipt by the Constructor of payment from the Owner for the Subcontract Work, being specifically understood and agreed by the Subcontractor and Constructor that all such payments from Constructor to the Subcontractor are dependent as express condition precedent, upon Constructor receiving contract payments from the Owner for such work.

8.2.9  PAYMENT DELAY   If the Constructor has received payment from the Owner and if for any reason not the fault of the Subcontractor, the Subcontractor does not receive a progress payment from the Constructor within seven (7) days after the date such payment is due as defined in Subparagraph  8.2.8, or, if the Constructor has failed to pay the Subcontractor within a reasonable time for the Subcontract Work satisfactorily performed, the Subcontractor, upon giving fourteen (14) days' written notice to the Constructor and without prejudice and in addition to any other legal remedies, may stop work until payment of the full amount owing to the Subcontractor has been received. The Subcontract Amount and Time shall be adjusted by the amount of the Subcontractor reasonable and verified cost of shutdown, delay, and start up, which shall be effected by an appropriate Subcontractor Change Order.

8.2.10  PAYMENTS WITHHELD    The Constructor may reject a Subcontractor payment application in whole or in part or withhold amounts from a previously approved Subcontractor payment applications may reasonably be necessary to protect the Constructor from loss or damage and without incurring an obligation for late payment interest based upon:

8.2.10.1   the Subcontractor's repeated failure to perform the Subcontract Work as required by this Agreement;

8.2.10.2  loss or damage arising out of or relating to this Agreement and caused by the Subcontractor to the Owner, Constructor or others to whom the Constructor may be liable;

8.2.10.3 the Subcontractor's failure to properly pay for labor, materials, equipment, or supplies furnished in connection with the Subcontract Work in accordance with Paragraph 8.10, including written notices of claim received by Constructor from a supplier or second-tier subcontractor in accordance with 40 U.S.C. Section 3133(b) (the "Miller Act");

8.2.10.4 rejected, nonconforming or defective Subcontract Work which has not been corrected in a timely fashion;

8.2.10.5 reasonable evidence of delay in performance of the Subcontract Work such that the Work will not be completed within the Subcontract Time and that the unpaid balance of the Subcontract Amount is not sufficient to offset the liquidated damages or actual damages that may be sustained by the Constructor as a result of the anticipated delay caused by the Subcontractor;

8.2.10.6 reasonable evidence demonstrating that the unpaid balance of the Subcontract Amount is insufficient to cover the cost to complete the Subcontract Work;

8.2.10.7 third party claims involving the Subcontractor or reasonable evidence demonstrating that third party claims are likely to be filed unless and until the Subcontractor furnishes the Constructor with adequate security in the form of a surety bond, letter of credit or other credit, collateral or commitment which are sufficient to discharge such claims if established.

8.2.11 No later than seven (7) Days after receipt of an application for payment, the Constructor shall give written notice to the Subcontractor at the time of disapproving an application for payment or withholding from a payment otherwise due, stating its specific reasons for such disapproval or withholding and the remedial action to be taken by the Subcontractor in order to receive payment of the amount disapproved or withheld. When the above reasons for disapproving an application for payment or withholding payment are removed, payment will be made for amounts previously disapproved or withheld.

## 8.3 FINAL PAYMENT

8.3.1 APPLICATION  Upon acceptance of the Subcontract Work by the Owner and the Constructor and receipt from the Subcontractor of evidence of fulfillment of the Subcontractor's obligations in accordance with the Subcontract Documents and Subparagraph 8.3.2, the Constructor shall incorporate the Subcontractor's application for final payment into the Constructor's next application for payment to the Owner without delay, or notify the Subcontractor if there is a delay and the reasons therefore.

8.3.2 REQUIREMENTS  Before the Constructor shall be required to incorporate the Subcontractor's application for final payment into the Constructor's next application for payment the Subcontractor shall submit to the Constructor:

8.3.2.1 an affidavit that all payrolls, bills for materials and equipment, and other indebtedness connected with the Subcontract Work for which the Owner or its property or the Constructor or the Constructor's surety might in any way be liable, have been paid or otherwise satisfied;

8.3.2.2 consent of surety to final payment, if required;

8.3.2.3 satisfaction of required closeout procedures;

8.3.2.4 certification that insurance required by the Subcontract Documents to remain in effect beyond final payment pursuant to Clause 9.2.6 is in effect and will not be cancelled or allowed to expire without at least thirty (30) days' written notice to the Constructor unless a longer period is stipulated in this Agreement;

8.3.2.5 other data, if required by the Constructor or Owner, such as receipts, releases, and waivers of liens to the extent and in such form as may be designated by the Constructor or Owner;

8.3.2.6 written warranties, equipment manuals, startup and testing required in Paragraph 3.27; and

8.3.2.7 as-built drawings if required by the Subcontract Documents.

8.3.2.8 final release of lien executed

8.3.2.9 Completed Operations Liability Insurance per Article 9.2.6

8.3.3 TIME OF PAYMENT  Final payment of the balance due of the Subcontract Amount shall be made to the Sub-contractor within seven (7) days after receipt by the Constructor of final payment from the Owner for such Subcontract Work, it being specifically understood and agreed by the Subcontractor and Constructor that all such payments from Constructor to the Subcontractor are dependent express condition precedent upon Constructor receiving final contract payment from the Owner for such work.

8.3.4 FINAL PAYMENT DELAY  If the Owner or its designated agent does not issue a certificate for final payment or the Constructor does not receive such payment for any cause which is not the fault of the Subcontractor, the Constructor shall promptly inform the Subcontractor in writing The Constructor shall also diligently pursue, with the assistance of the Subcontractor, the prompt release by the Owner of the final payment due for the Subcontract Work. At the Subcontractor's request and expense, to the extent agreed upon in writing the Constructor shall institute reasonable legal remedies to mitigate the damages and pursue payment of the Subcontractor's final payment including interest If final payment from the Constructor for such Subcontract Work is not received by the Constructor through no fault of the Subcontractor, the Constructor will not make payment to the Subcontractor until payment is received from the Owner.

8.3.5 WAIVER OF CLAIMS  Final payment shall constitute a waiver of all claims by the Subcontractor relating to the Subcontract Work, but shall in no way relieve the Subcontractor of liability for the obligations assumed under Paragraphs 3.21 and 3.22, or for faulty or defective work or services discovered after final payment nor relieve the Constructor for claims identified by the parties as unsettled at the time of such payment.

8.4  LATE PAYMENT INTEREST  Progress payments or final payment due and unpaid under this Agreement as defined in Subparagraphs 8.2.8, 8.3.3 and 8.3.4, shall bear interest from the date payment is due. Interest shall be computed on the basis of the Federal Cost of Money Rate (Renegotiation Rate) in accordance with 31 U.S.C. Section 3902(a). However, if the Owner fails to timely pay the Constructor as required under the Prime Contract through no fault or neglect of the Constructor, and the Constructor fails to timely pay the Subcontractor as a result of such nonpayment, the Constructor's obligation to pay the Subcontractor interest on corresponding payments due and unpaid under this Agreement shall be extinguished by the Constructor promptly paying to the Subcontractor the Subcontractor proportionate share of the interest, if any, received by the Constructor from the Owner on such late payments.

8.5  CONTINUING OBLIGATIONS  Provided the Constructor is making payments on or has made payments to the Subcontractor in accordance with the terms of this Agreement, the Subcontractor shall reimburse the Constructor for any costs and expenses for any claim, obligation or lien asserted before or after final payment is made that arises from the performance of the Subcontract Work. The Subcontractor shall reimburse the Constructor for costs and expenses including attorneys' fees and costs and expenses incurred by the Constructor in satisfying, discharging or defending against any such claims, obligation or lien including any action brought or judgment recovered. In the event that any applicable law, statute, regulation or bond requires the Subcontractor to take any action prior to the expiration of the reasonable time for payment referenced in Subparagraphs 8.2.8 and 8.3.4 in order to preserve or protect the Subcontractor's rights if any with respect to mechanic's lien or bond claims then the Subcontractor may take that action prior to the expiration of the reasonable time for payment and such action will not create the reimbursement obligation recited above nor be in violation of this Agreement or considered premature for purposes of preserving and protecting the Subcontractor's rights.

8.6  PAYMENT USE RESTRICTION  Payments received by the Subcontractor shall be used to satisfy the indebtedness owed by the Subcontractor to any person furnishing labor or materials or both, for use in performing the Subcontract Work through the most current period applicable to progress payments received from the Constructor before it is used for any other purpose. In the same manner, payments received by the Constructor from the Owner for the Subcontract Work shall be dedicated to payment to the Subcontractor. This provision shall bear on this Agreement only and is not for the benefit of third parties. Moreover, it shall not be construed by the parties to this Agreement or third parties to require the dedicated sums of money or payments be deposited in separate accounts that there be other restrictions on commingling of funds. Neither shall these mutual covenants be construed to create any fiduciary duty on the Subcontractor or Constructor, nor create any tort cause of action or liability for breach of that punitive damages, or other equitable remedy or liability for alleged breach.

8.7  PAYMENT USE VERIFICATION  If the Constructor has reason to believe that the Subcontractor is not complying with the payment terms of this Agreement the Constructor or shall have the right to contact the Subcontractor's subcontractors and suppliers to ascertain whether they are being paid by the Subcontractor in accordance with this Agreement.

8.8  LOWER TIER SUBCONTRACTOR RIGHTS    To the extent that the Prompt Payment Act Amendments of 1988 ("Act") require certain actions by the Constructor for the benefit of the Subcontractor, the Subcontractor will take identical actions for the benefit of its lower tier subcontractors. Accordingly, Subcontractor shall include a payment clause and an interest penalty clause conforming to the standards set forth in paragraphs (c)(1) and (c)(2) of FAR § 52.232-27(c)(3), Prompt Payment for Construction Contracts, in each of its subcontracts and require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractors or suppliers.

8.9  PARTIAL CLAIM WAIVERS AND AFFIDAVITS    As a prerequisite for payments the Subcontractor shall provide in a form satisfactory to the Owner and Constructor partial claim waivers in the amount of the application for payment and affidavits covering its subcontractors and suppliers for completed Subcontract Work. Such waivers may be conditional upon payment. In no event shall Constructor require the Subcontractor to provide an unconditional waiver of claim, either partial or final, prior to receiving payment or in an amount in excess of what it has been paid or for which it is applying to be paid.

8.10  SUBCONTRACTOR PAYMENT FAILURE    Upon payment by the Constructor, the Subcontractor shall pay its subcontractors and suppliers the amounts to which they are entitled. In the event the Constructor has reason to believe that labor, material or other obligations incurred in the performance of the Subcontract Work are not being paid the Constructor may give written notice of a potential claim or lien to the Subcontractor and may take any steps deemed necessary to assure that progress payments are utilized to pay such obligations including but not limited to the issuance of joint checks. If upon receipt of notice the Subcontractor does not    (a) supply evidence to the satisfaction of the Constructor that the moneys owing have been paid or   (b) post a bond indemnifying the Owner, the Constructor, the Constructor's surety if any and the premises from all or any lien, the Constructor shall have the right to withhold from any payments due or to become due to the Subcontractor a reasonable amount to protect the Constructor from any and all loss, damage or expense including attorneys' fees that may arise out of or relate to any such claim or lien.

8.11  SUBCONTRACTOR ASSIGNMENT OF PAYMENTS    The Subcontractor shall not assign any moneys due or to become due under this Agreement without the written consent of the Constructor unless the assignment is intended to create a new security interest within the scope of Article 9 of the Uniform Commercial Code. Should the Subcontractor assign all or any part of any moneys due or to become due under this Agreement to create a new security interest or for any other purpose, the instrument of assignment shall contain a clause to the effect that theass gets right in and to a money due or to become due to the Subcontractor shall be subject to the claims of all persons, firms and corporations for services rendered or materials supplied for the performance of the Subcontract Work.

8.12  PAYMENT NOT ACCEPTANCE    Payment to the Subcontractor does not constitute or imply acceptance of any portion of the Subcontract Work.

8.13  CONSTRUCTOR BOND REVIEW    Upon the request of the Subcontractor, the Constructor shall copy of its payment bond for the Project.

8.14  OVERPAYMENTS    If the Subcontractor becomes aware of a duplicate subcontract payment or that the Constructor has otherwise overpaid on a subcontract payment the Subcontractor shall immediately notify the Constructor and request instructions for disposition of the overpayment.

# ARTICLE 9
# INDEMNITY, INSURANCE AND WAIVER OF SUBROGATION

9.1  INDEMNITY

9.1.1  INDEMNITY  To the fullest extent permitted by law the Subcontractor shall indemnify and hold harmless the Constructor, the Owner and their agents consultants and employees    (the Indemnitees) from all claims for bodily injury and property damage other than to the Work itself that may arise from the performance of the Subcontract Work, including reasonable attorneys' fees costs and expenses, that arise from the performance of the Work but only to the extent caused by the negligent acts or omissions of the Subcontractor or Subcontractor's Sub-Subcontractors or anyone employed directly or indirectly by any of them or by anyone for whose acts any of them may be liable. The Subcontractor shall be entitled to reimbursement of any defense cost paid above Subcontractor's percentage of liability for the underlying claim to the extent attributable to the negligent acts or omissions of the Indemnitees.

9.1.2  NO LIMITATION ON LIABILITY  In any and all claims against the Indemnitees by any employee of the Subcontractor, anyone directly or indirectly employed by the Subcontractor or anyone for whose acts the Subcontractor may be liable, the indemnification obligation shall not be limited in any way by any limitation on

the amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.

## 9.2 INSURANCE

**9.2.1 SUBCONTRACTOR'S INSURANCE** Before commencing the Subcontract Work as a condition of payment, the Subcontractor shall purchase and maintain insurance that will protect it from the claims arising out of its operations under this Agreement, whether the operations are by the Subcontractor or any of its consultants or subcontractors or anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable.

**9.2.2 MINIMUM LIMITS OF LIABILITY** The Subcontractor shall procure and maintain with insurance companies licensed in a the jurisdiction in which the Project is located and acceptable to the Constructor, which acceptance shall not be unreasonably withheld, at least the limits of liability as set forth in Exhibit A.

### 9.2.3 PROFESSIONAL LIABILITY INSURANCE

**9.2.3.1 PROFESSIONAL LIABILITY INSURANCE** If applicable the Subcontractor shall require Designer(s) to maintain Professional Liability Insurance with a company reasonably satisfactory to the Constructor, including contractual liability insurance against the liability assumed in Paragraph 3.8, and including coverage for any professional liability caused by any of the Designer (s') consultants. Said insurance shall have specific minimum limits as set forth below:

Limit of $                      per claim.

General Aggregate of $                      for the subcontract services rendered.

The Professional Liability Insurance shall contain prior acts coverage sufficient to cover all subcontract services rendered by the Designer. Said insurance shall be continued in effect with an extended period of                      years following final payment to the Designer. Such insurance shall have a maximum deductible amount of $                      per occurrence. The deductible shall be paid by the Subcontractor or Designer.

**9.2.3.2** The Subcontractor shall require the Designer to furnish to the Subcontractor and Constructor before the Designer commences its services a copy of its professional liability policy evidencing coverages required in this Paragraph. No policy shall be cancelled or modified without thirty (30) Days' prior written notice to the Subcontractor and Constructor.

**9.2.4 NUMBER OF POLICIES** Commercial General Liability Insurance and other liability insurance may be arranged under a single policy for the full limits required or by a combination of underlying policies with the balance provided by an Excess or Umbrella Liability Policy.

**9.2.5 CANCELLATION, RENEWAL AND MODIFICATION** The Subcontractor shall maintain in effect all insurance coverages required under this Agreement at the Subcontractor's sole expense and with insurance companies acceptable to the Constructor, which shall accept such shall not be unreasonably withheld. Unless a longer period is set forth in the Prime Contract the policies shall contain a provision that coverage will not be cancelled or not renewed until at least thirty (30) Days' prior written notice has been given to the Constructor. Certificates of insurance showing required coverage to be in force pursuant to Subparagraph 9.2.2 shall be filed with the Constructor prior to commencement of the Subcontract Work. In the event the Subcontractor fails to obtain or maintain any insurance coverage required under this Agreement the Constructor may purchase such coverage as desired for the Constructor's benefit and charge the expense to the Subcontractor or terminate this Agreement.

**9.2.6 CONTINUATION OF COVERAGE** The Subcontractor shall continue to carry Completed Operations Liability Insurance per the Contract Documents for at least one year after either ninety (90) Days following Substantial Completion of the Work or final payment to the Constructor, whichever is earlier. The Subcontractor shall provide evidence of insurance prior to receipt of final payment. Prior to commencement of the Work Subcontractor shall furnish the Constructor with certificates evidencing the required coverages.

### 9.2.7 PROPERTY INSURANCE

**9.2.7.1** Upon written request of the Subcontractor, the Constructor shall provide the Subcontractor with

a copy of any Builder's Risk Policy of insurance or any other property or equipment insurance in force for the Project and procured by the Owner or Constructor. The Constructor shall advise the Subcontractor if a Builder's Risk Policy of insurance is not in force.

9.2.7.2 If not covered under the Builder's Risk Policy of insurance or any other property or equipment insurance required by the Subcontract Documents, the Subcontractor shall procure and maintain at the Subcontractor's own expense property and equipment insurance for the Subcontract Work including portions of the Subcontract Work stored off the site or in transit when such portions of the Subcontract Work are to be included in an application for payment under Article 8.

### 9.2.8 WAIVER OF SUBROGATION

9.2.8.1 Unless otherwise provided in the Prime Contract, the Constructor and Subcontractor waive all rights against each other, the Owner, and any of their respective consultants, subcontractors, and sub-subcontractors, agents and employees, for damages caused by perils to the extent covered by the proceeds of the insurance provided in Subparagraph 9.2.7, except such rights as they may have to the insurance proceeds. The Subcontractor shall require similar waivers from its subcontractors.

9.2.9 ENDORSEMENT  If the policies of insurance referred to in this Article require an endorsement to provide for continued coverage where there is a waiver of subrogation, the owners of such policies will cause them to be so endorsed.

9.2.10 CONSTRUCTOR'S LIABILITY INSURANCE  The Constructor shall obtain and maintain its own insurance for protection against claims arising out of the performance of this Agreement including without limitation, loss of use and claims, losses and expenses arising out of the Constructor's errors or omissions.

9.2.11 ADDITIONAL LIABILITY COVERAGE  Constructor shall require Subcontractor to purchase and maintain liability coverage, primary to Constructor's coverage under Subparagraph 9.2.10.

9.2.11.1  If required by Subparagraph 9.2.11, the additional liability coverage required of the Subcontractor shall be: (Designate Required Coverage(s))

_____.1 ADDITIONAL INSURED. Constructor shall be named as an additional insured on Subcontractor's Commercial General Liability Insurance specified for operations and completed operations, but only with respect to liability or bodily injury or property damage or personal and advertising injury to the extent caused by the negligent acts or omissions of Subcontractor or those acting on Subcontractor's behalf, in the performance of Subcontract Work for Constructor at the Project site.

_____.2 OCP. Subcontractor shall provide an Owner's and Constructor's Protective Liability Insurance ("OCP") policy with limits equal to the limits on Commercial General Liability Insurance specified, or limits as otherwise required by Constructor.

9.2.12 RISK OF LOSS  Except to the extent a loss is covered by applicable insurance, risk of loss or damage to the Subcontract Work shall be upon the Subcontractor until the Date of Substantial Completion otherwise agreed to by the Parties in a Subcontract Change Order to this Agreement.

## 9.3 BONDS

9.3.1  If required, the Subcontractor shall furnish to the Constructor, as the named Obligee, appropriate surety bonds to secure the faithful performance of the Subcontract Work and to satisfy all Subcontractor payment obligations related to Subcontract Work. Such bonds shall be issued by a surety admitted in the state in which the Project is located and shall be acceptable to the Constructor. Constructor's acceptance shall not be withheld without reasonable cause.

9.3.2  If a performance or payment bond or both, are required of the Subcontractor or under this Agreement, the bonds shall be in a form and by a surety acceptable to the Constructor, and in the full amount of the Subcontract Amount, unless otherwise specified. Constructor's acceptance shall not be withheld without reasonable cause.

9.3.3  Upon presentation of a paid invoice for the bond premium(s), the Subcontractor shall be reimbursed without retainage for the cost of any required performance or payment bonds simultaneously with the first progress payment.  If acceptable to the Constructor, the Subcontractor may in lieu of retainage furnish a

retention bond or other security interest, acceptable to the Constructor, to be held by the Constructor.

9.3.4  In the event the Subcontractor shall fail to promptly provide any required bond, the Constructor may terminate this Agreement and enter into a subcontract for the balance of the Subcontract Work with another subcontractor. All Constructor costs and expenses incurred by the Constructor as a result of said termination shall be paid by the Subcontractor.

9.3.5  PAYMENT BOND   If required the Constructor has provided the Owner a payment bond.

# ARTICLE 10
## CONSTRUCTOR'S RIGHT TO PERFORM SUBCONTRACTOR'S RESPONSIBILITIES AND TERMINATION OF AGREEMENT

10.1  FAILURE OF PERFORMANCE

10.1.1  NOTICE TO CURE   If the Subcontractor refuses or fails to supply enough properly qualified workers, proper materials or maintain the Progress Schedule or fails to make prompt payment to its workers, subcontractors or suppliers, or disregards laws or di names, rules, regulations or orders of any public authority having jurisdiction, or otherwise is guilty of a material breach of a provision of this Agreement, the Subcontractor shall be deemed in default of this Agreement. If the Subcontractor fails within three (3) business Days after written notification to commence and continue satisfactory correction of the default with diligence and promptness, then the Constructor without prejudice to any other rights or remedies shall have the right to any all of the following remedies:

10.1.1.1  supply workers, materials, equipment and facilities as the Constructor deems necessary for the completion of the Subcontract Work or any part which the Subcontractor has failed to complete or perform after written notification and charge the cost, including reasonable overhead, profit, attorney's fees, costs and expenses to the Subcontractor;

10.1.1.2  contract with one or more additional contractors to perform such part of the Subcontract Work as the Constructor determines will provide the most expeditious completion of the Work, and charge the cost to the Subcontractor as provided under Clause 10.1.1.1; or

10.1.1.3  withhold any payments due or to become due the Subcontractor pending corrective action in amounts sufficient to cover losses and compel performance to the extent required by and to the satisfaction of the Constructor. In the event of an emergency affecting the safety of persons or property, the Constructor may proceed as above without notice but the Constructor shall give the Subcontractor notice promptly after the fact as a precondition of cost recovery.

10.1.2  TERMINATION BY CONSTRUCTOR   If the Subcontractor fails to commence and satisfactorily continue correction of a default within three (3) business Days after written notification issued under Subparagraph 10.1.1, then the Constructor may, in lieu of or in addition to the remedies provided for in Subparagraph 10.1.1, issue a second written notification to the Subcontractor and its surety if any. Such notice shall state that if the Subcontractor fails to commence and continue correction of a default within seven (7) Days of the written notification, the Agreement will be deemed terminated. A written notice of termination shall be issued by the Constructor to the Subcontractor at the time the Subcontractor is terminated. The Constructor may furnish those materials, equipment or employ such workers or subcontractors as the Constructor deems necessary to maintain the orderly progress of the Work. All costs incurred by the Constructor in performing the Subcontract Work including reasonable overhead, profit and attorney's fees, costs and expenses, shall be deducted from any moneys due or to become due the Subcontractor. The Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Subcontract Amount. At the Subcontractor's request, the Constructor shall provide a detailed accounting of the costs to finish the Subcontract Work.

10.1.3 USE OF SUBCONTRACTOR'S EQUIPMENT    If the Constructor performs work under this Article directly or through other subcontractors, the Constructor or other subcontractors shall have the right to take and use any materials, implements, equipment, appliances or tools furnished by or belonging to the Subcontractor and located at the Project site for the purpose of completing any remaining Subcontract Work. Immediately upon completion of the Subcontract Work, any remaining materials, implements, equipment, appliances or tools not consumed or incorporated in performance of the Subcontract Work, and furnished by belonging for delivered to the Project by or on behalf of the Subcontractor shall be returned to the Subcontractor in substantially the same condition as when they were taken, normal wear and tear excepted.

## 10.2. BANKRUPTCY

10.2.1 TERMINATION ABSENT CURE    If the Subcontractor files a petition under the Bankruptcy Code, this Agreement shall terminate if the Subcontractor or the Subcontractor's trustee rejects the Agreement or, if there has been a default, the Subcontractor is unable to give adequate assurance that the Subcontractor will perform as required by this Agreement or otherwise is unable to comply with the requirements for assuming this Agreement under the applicable provisions of the Bankruptcy Code.

10.2.2 INTERIM REMEDIES    If the Subcontractor is not performing in accordance with the Progress Schedule at the time a petition in bankruptcy is filed at any subsequent time, the Constructor, while awaiting the decision of the Subcontractor or its trustee to reject or to assume this Agreement and provide adequate assurance of its ability to perform, may avail itself of such remedies under this Article as are reasonably necessary to maintain the Progress Schedule. The Constructor may offset against any sums due or to become due the Subcontractor all costs incurred in pursuing any of the remedies provided including but not limited to reasonable overhead, profit and attorney fees. The Subcontractor shall be liable for the payment of any amount by which costs incurred may exceed the unpaid balance of the Subcontract Amount.

10.3  SUSPENSION BY OWNER FOR CONVENIENCE   Should the Owner suspend the Work or any part which includes the Subcontract Work for the convenience of the Owner and such suspension is not due to any act or omission of the Constructor or any other person or entity for whose acts or omissions the Constructor may be liable, the Constructor shall notify the Subcontractor in writing and upon receiving notification the Subcontractor shall immediately suspend the Subcontract Work. To the extent provided for under the Prime Contract and to the extent the Constructor recovers such on the Subcontractor's behalf, the Contract Price and the Contract Time shall be equitably adjusted by Change Order for the cost and delay resulting from any such suspension. The Constructor agrees to cooperate with the Subcontractor, at the Subcontractor's expense, in the prosecution of any Subcontractor claim arising out of an Owner suspension and to permit the Subcontractor to prosecute the claim in the name of the Constructor for the use and benefit of the Subcontractor.

10.4  TERMINATION BY OWNER   Should the Owner terminate its contract with the Constructor or any part which includes the Subcontract Work, the Constructor shall notify the Subcontractor in writing within three (3) business Days of the termination and upon written notification, this Agreement shall be terminated and the Subcontractor shall immediately stop the Subcontract Work and all owall of Construction, and mitigate all costs .  In the event of Owner termination, the Constructor 's liability to the Subcontractor shall be limited to the extent of the Constructor's recovery on the Subcontractor's behalf under the Subcontract Documents .. The Constructor agrees to cooperate with the Subcontractor, at the Subcontractor 's expense, in the prosecution of any Subcontractor claim arising out of the Owner termination and to permit the Subcontractor to prosecute the claim in the name of the Constructor for the use and benefit of the Subcontractor or assign the claim to the Subcontractor . In the event Owner terminates Constructor for cause, through no fault of the Subcontractor, Subcontractor shall be entitled to recover from the Constructor its reasonable costs arising from the termination of this Agreement, including overhead and profit on Work not performed.

10.5  CONTINGENT ASSIGNMENT OF THIS AGREEMENT   The Constructor consent ingent assignment of this Agreement to the Owner, as provided in the Prime Contract, is effective when the Owner has terminated the Prime Contract for its convenience and has directed the Constructor to make an assignment of this Agreement. The assignment shall be effective upon the Constructor providing written notice to the Subcontractor. This contingent assignment is subject to the prior rights of a surety that may be obligated under the Constructor's bond, if any                    . Subcontractor consents to such assignment and agrees to be bound to the Owner by the terms of this Agreement provided that the Owner fulfills the obligations of the Constructor.

10.6 SUSPENSION BY CONSTRUCTOR   The Constructor may order the Subcontractor in writing to suspend all or any part of the Subcontract Work for such period of time as may be determined to be appropriate for the convenience of the

Constructor. Phased Work or interruptions of the Subcontract Work for short periods of time shall not be considered a suspension. The Subcontractor, after receipt of the Constructor's order shall notify the Constructor in writing in sufficient time to permit the Constructor to provide timely notice to the Owner in accordance with the Prime Contract of the effect of such order upon the Subcontract Work. The Subcontract Amount or Subcontract Time shall be adjusted by Subcontract Change Order for any increase in the time or cost of performance of this Agreement caused by such suspension. No claim under this Paragraph shall be allowed for any costs incurred more than fourteen (14) Days prior to the Subcontractor's notice to the Constructor. Neither the Subcontract Amount nor the Progress Schedule shall be adjusted for any suspension to the extent that performance would have been suspended, due in whole or in part to the fault or negligence of the Subcontractor or by a cause for which Subcontractor would have been responsible. The Subcontract Amount shall not be adjusted for any suspension to the extent that performance would have been suspended by a cause for which the Subcontractor would have been entitled only to a time extension under this Agreement.

10.7  WRONGFUL EXERCISE  If the Constructor wrongfully exercises any option under this Article the Constructor shall be liable to the Subcontractor solely for the reasonable value of Subcontract Work performed by the Subcontractor prior to the Constructor's wrongful action including reasonable overhead and profit on the Subcontract Work performed, less prior payments made, together with reasonable overhead and profit on the Subcontract Work not executed, and other reasonable costs incurred by reason of such action.

10.8  TERMINATION BY SUBCONTRACTOR  If the Constructor has received payment from the Owner and if for any reason not the fault of the Subcontractor the Subcontractor does not receive a progress payment from the Constructor within seven (7) Days after the date such payment is due, as defined in this Agreement, or, if the Constructor or has failed to pay the Subcontractor within a reasonable time for the Subcontract Work satisfactorily performed, the Subcontractor, upon giving seven (7) Days' written notice to the Constructor and without prejudice and in addition to any other legal remedies, may stop work until payment of the full amount owing to the Subcontractor has been received. The Subcontract Amount and Time shall be adjusted by the amount of the Subcontractor's reasonable and verified cost of shutdown, delay, and start up which shall be effected by an appropriate Subcontract or Change Order. If the Subcontract Work has been stopped for thirty (30) Days because the Subcontractor has not received progress payments as required by this Agreement, then the Subcontractor may terminate this Agreement upon giving the Constructor seven (7) Days' written notice Upon such termination, Subcontractor shall be entitled to recover from the Constructor payment for all Subcontract Work satisfactorily performed but not yet paid including reasonable overhead, profit and attorneys' fees, costs and expenses.

# ARTICLE 11
## DISPUTE RESOLUTION

11.1  WORK CONTINUATION AND PAYMENT  Unless otherwise agreed in writing the Subcontractor shall cc the Subcontract Work and maintain the Progress Schedule during any dispute mitigation or resolution proceedings. If the Subcontractor continues to perform the Constructor shall continue to make payments in accordance with this Agreement.

11.2 CLAIMS RELATED TO OWNER  In case of any dispute between Subcontractor and Constructor involving, or allegedly involving in whole or in part the Subcontractor's work, or the rights or duties of the Owner as to the Subcontractor's work the Subcontractor agrees to be bound to the Constructor to the same extent that the Constructor is bound to the Owner by the terms of the Prime Contract and by any and all decisions or determinations made thereunder by the Owner, Owner's representative, board, court, arbitration panel or other tribunal to the extent that the work of the Subcontractor is involved.

Subcontractor agrees that upon Constructor's request, Subcontractor will participate in any proceeding involving the Owner or other third party and involving allegedly in whole or in part the Subcontractor's work. If Subcontractor files a Miller Act suit or other action against the Constructor its payment bond surety, or both, which may relate in whole or in part to the rights or duties of the Owner as the Subcontractor's work, Subcontractor shall, upon the Constructor's request consent to a stay of such suit or action pending the exhaustion of the procedures for the resolution of disputes under the Prime Contract.  Subcontractor further agrees that its compliance with this process for the consistent resolution of disputes and claims shall not be deemed to be a waiver of its Miller Act rights.

If such a dispute involving or allegedly involving the Subcontractor's work is prosecuted or defended by Constructor or against Owner under the terms of the Prime Contract Subcontractor agrees to furnish all documents statements, witnesses and other information required by Constructor for such purpose and to pay or reimburse Constructor for all expenses and costs incurred in connection therewith. It is expressly understood that as to any and all materials equipment or services furnished or agreed to be furnished by Subcontractor and as to any and all damages, if any

incurred by Subcontractor in connection with the project, Constructor and its surety shall never be liable to Subcontractor to any greater extent than the Owner is liable to Constructor less Constructor's normal overhead and profit. No dispute shall interfere with the progress of construction and Subcontractor agrees to proceed with its work as directed by the Constructor.

11.3  CLAIMS NOT INVOLVING OWNER

11.3.1  DIRECT DISCUSSIONS  If the Parties cannot reach resolution on a matter relating to or arising out of the Agreement that does not relate to the rights or duties of the Owner as to the Subcontract work, the Parties shall endeavor to reach resolution through good faith direct discussions between the Parties' representatives, who shall possess the necessary authority to resolve such matter and who shall report the date of first discussions. If the Parties' representatives are not able to resolve such matter within seven (7) Days, the Parties' representatives shall immediately inform senior executives of the Parties in writing that resolution was not affected. Upon receipt of such notice, the senior executives of the Parties shall meet within seven (7) Days to endeavor to reach resolution. If the matter remains unresolved after fifteen (15) Days from the date of first discussion, the Parties shall submit such matter to the dispute resolution procedures selected in Article 11.

11.3.2  BINDING DISPUTE RESOLUTION  If the matter remains unresolved after direct discussions pursuant to Subparagraph 11.3.1, the Parties shall submit the matter to the binding Arbitration using the current Construction Industry Arbitration Rules of the American Arbitration Association or the Parties may mutually agree to select another set of arbitration rules. The administration of the arbitration shall be as mutually agreed by the Parties. If Subcontractor files a Miller Act suit or other action against the Constructor, its payment bond surety, or both, Subcontractor shall, upon the Constructor's request, consent to a stay of such suit or action pending the completion of the arbitration proceedings. Subcontractor further agrees that its compliance with this process for the resolution of disputes and claims shall not be deemed to be a waiver of its Miller Act rights.

11.4  COST OF DISPUTE RESOLUTION  The costs of any binding dispute resolution procedure shall be borne by the non-prevailing Party, as determined by the adjudicator of the dispute.

11.5  VENUE  The venue for any binding dispute resolution proceeding shall be Montgomery County, Maryland.

11.6  MULTIPARTY PROCEEDING  The Parties agree that all parties necessary to resolve a claim shall be parties to the same dispute resolution proceeding. To the extent disputes between the Constructor and Subcontractor involve in whole or in part disputes between the Constructor and the Owner, disputes between the Subcontractor and the Constructor shall be decided by the same tribunal and in the same forum as disputes between the Constructor and the Owner.

11.7  NO EFFECT ON PROJECT  No dispute shall interfere with the progress of construction on the project and Subcontractor agrees to proceed with its work as directed by the Constructor. In the event of any dispute as to the scope of the work to be performed by Subcontractor or any dispute as to whether Subcontractor is entitled to changes or extra compensation Subcontractor shall continue to proceed diligently with the performance of the work this Subcontract, and any disputed work, pending resolution of the dispute. The existence of a dispute shall not be grounds for any work stoppage or failure to perform by Subcontractor nor limit the right of Constructor to proceed to remedy any default by Subcontractor.

# ARTICLE 12
# MISCELLANEOUS PROVISIONS

12.1  GOVERNING LAW  The Constructor and Subcontractor agree that irrespective of the place of performance, this Subcontract shall be interpreted and all substantive issues presented for mediation, arbitration, dispute, claim, litigation or other effort at resolution shall be determined in accordance with the federal law of government contracts including decisions enunciated by federal judicial bodies, boards of contract appeal and quasi-judicial agencies of the federal government. To the extent that the federal law of government contracts is not dispositive the laws of the state in which the Work is to be primarily performed shall apply.

12.2  SEVERABILITY  The partial or complete invalidity of any one or more provisions of this Agreement shall not affect the validity or continuing force and effect of any other provision.

12.3  NO WAIVER OF PERFORMANCE  The failure of either Party to insist in any one or more instances upon the performance of any of the terms, covenants or conditions of this Agreement or to exercise any of its rights shall not be construed as a waiver or relinquishment of term, covenant, condition or right with respect to further performance.

12.4 TITLES  The titles given to the Articles and Paragraphs of this Agreement are for ease of reference only and shall not be relied upon or cited for any other purpose.

12.5 IMMIGRATION  Subcontractor by signing below represents and warrants that it is and will remain in compliance with any and all provisions of the Immigration Reform and Control Act of 1986 (IRCA), as amended, the Immigration and Nationality Act, as amended, the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended, and all other applicable immigration laws, rules, and regulations (Immigration Laws) including all form I-9 verification, E-Verify, and record keeping requirements. Subcontractor shall Indemnify and hold Constructor and its Surety harmless from any claims, liabilities including any damages resulting from work stoppages or delays occasioned by or arising from any subcontractor noncompliance with IRCA or any such immigration laws, ordinances, rules, regulations, orders or decisions, as relates to the work of this Subcontract. The Subcontractor agrees to submit a certification acceptable to contractor that its employees have presented the correct documents to legally work in the United States. Subcontractor also agrees to insert the substance of this clause, including this paragraph in all Subcontracts or Purchase Orders hereunder.

12.6 E-VERIFY  If the Prime Contract includes the clause at FAR 52.222-54, Employment Eligibility Verification Subcontractor/vendor hereby certifies that it has previously enrolled in the U.S. Citizenship and Immigration Services E-Verify program ("E-Verify") or will enroll in E-Verify within 30 calendar days of the award of this Subcontract/purchase order. In accordance with FAR 52.222-54, which is incorporated int his Agreement by reference, Subcontractor /vendor hereby agrees that (1) it will begin to use E-Verify within 90 calendar days of enrollment to verify the employment eligibility of all new hires who are working int he "United States" as defined in FAR 52.222-54, within 3 business days after the date of hire (2) it will use E-Verify to verify the employment eligibility of all employees assigned to this Subcontract/purchase order within 90 calendar days of enrollment in E-Verify or within 30 calendar days of assignment to this Subcontract/purchase order, whichever date is later, and (3) will include this clause including the requirement for further flow down in all lower tier subcontracts/purchase orders. To assure compliance on request Subcontractor/vendor shall furnish satisfactory evidence of its enrollment in and use of the E-Verify program and inclusion of this requirement in lower tier subcontracts and purchase orders. This clause shall not be applicable if the subcontract/purchase order for construction or services at any tier is for $3,000.00 or less or is for commercial off-the-shelf items ("COTS items") as defined at FAR 52.222-54(a) or modified COTS items that would be COTS items but for minor modifications as described at FAR 2.101(b)(2), "Commercial item," part (3).

12.7 BUSINESS ETHICS & COMPLIANCE  The Subcontractor by signing this Agreement hereby certifies that it reviewed the requirements of FAR 52.203-13 and 52.203-14, that it (1) already has or will adopt a written code of business ethics and conduct within 30 days of the award of this Subcontract, (2) will otherwise comply with the applicable requirements of the above referenced FAR provisions which are incorporated by reference in t his Subcontract and (3) will include the substance of those FAR provisions in lower tier subcontracts or purchase orders in excess of $5,000,000 and which anticipate a performance period in excess of 120 days. Upon Constructor's request for verification the Subcontractor shall furnish to it a copy of its written code business ethics and conduct and satisfactory evidence of an on-going business ethics awareness and compliance program as required by FAR 52.203-13. This clause is not applicable if the subcontract or purchase order is for $5,000,000 or less unless a different dollar limit is required by the terms of the Prime Contract.

12.8 CERTIFICATIONS AND CLAIMS OR PROPOSALS.

12.8.1 CONTRACT DISPUTES ACT AND TRUTH IN NEGOTIATIONS ACT CERTIFICATIONS With respect to any Subcontractor claims submitted by Constructor to Owner, Subcontractor agrees to provide at the time of the submission of the claim to Constructor or at the time of agreement to the Change Order a certification signed by a senior company official in charge of the work involved, that the claim is made in good faith, that the supporting data are accurate and complete and that the amount requested accurately reflects the contract adjustment for which Subcontractor believes the Owner is liable. Subcontractor agrees Constructor may rely exclusively on this certification in providing any certification Constructor may be required to submit to the Owner insofar as the claim includes a claim for or on behalf of Subcontractor. Subcontractor further agrees to recertify its claim in the above form at any time requested by Constructor.

12.8.2 PROPOSALS AND REPRESENTATIONS  If the Prime Contract is subject to the Truth in Negotiations Act (Title 10 of the United States Code Section 2306a; Title 41 of the United States Code Section 253), Contract Disputes Act of 1978 (Title 41 of the United States Code Section 601, et seq.) the False Claims Act (Title 31 of the United States Code Section 231, et seq.), the Forfeiture Statute (Title 28 of the United States Code, Section 2514), Title 18 of the United States Code Section 287, Title 18 of the United States Code Section 1001, Title 10 of the United States code Section 2306(1), and Title 41 of the United States Code

Section 254, or any other federal law or any state law which impose requirements of good faith, accuracy, completeness and fair dealing in connection with the presentation of cost proposals or claims against the provisions of statements to any party, the Subcontractor shall be bound to these requirements to the same extent as the Constructor. Subcontractor and its surety, if any, hereby undertake to defend at its own cost with legal counsel mutually acceptable to the Subcontractor and the Constructor to indemnify and hold harmless Constructor and their respective officers, directors, employees, sureties and agents, from any and all loss, cost, penalty, damage, claim, demand, expense and assessment whatsoever, including reasonable attorney fees arising from, relating to or in any manner connected with any allegation or claim of or finding of a violation of one or more applicable federal or state laws. provided that the alleged violation relates to or is directed at or is attributable to the Subcontractor's representatives, agents, or employees, specifically, or relates to or is directed at or is attributable to those claims and supporting data submitted by Subcontractor in connection with the presentation of any claim by the Subcontractor for additional compensation, adjustment of the contract terms, payment request, or any other act or statement by the Subcontractor's representatives, agents, or employees.

12.9  SUBCONTRACTING PLAN   If included in the Prime Contract, Subcontractor's attention is directed to the Clauses entitled Utilization of Small Business Concerns and Small Disadvantaged Business Concerns (FAR 52.219-8) and Small Business and Small Disadvantaged Business Subcontracting Plan - Alternate I (FAR 52.219-9). Where applicable, Subcontractor shall adopt and comply with a Subcontracting Plan similar to the Constructor's approved Subcontracting Plan, a copy of which will be made available upon request. Subcontractor shall provide all periodic reports and other documentation as necessary to show compliance.

12.10  PROMPT PAYMENT TO LOWER FIRMS   Subcontractor shall comply with the provisions of FAR 52.232-27 and include the clauses required by that clause in each subcontract, purchase order or, or purchase agreement this Subcontractor issues in reference to this Project including the requirement for a further flow-down of those requirements to lower tier firms.

12.11  CERTIFICATION AND DISCLOSURE REGARDING PAYMENT TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS   The Subcontractor by signing this Agreement hereby certifies that to the best of his or h knowledge it complies with the requirements set forth in FAR 52.203-11 - Certification and Disclosure Regarding Payment to Influence Certain Federal Transactions (Sept 2007), that to the best of its knowledge and belief no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, an employee of a Member of Congress on its behalf in connection with the awarding of this contract and that the Subcontractor will include the language of this certification in all subcontracts, purchase orders, purchase agreements, etc., awards in excess of $100,000 and require that all recipients of such subcontract, purchase order, purchase agreement, etc., to certify and disclose accordingly and to obtain the equivalent certification from lower tier subcontractors or suppliers with contracts or purchase orders in excess of $100,000.

12.12  DOD OR SIMILAR PRIORITY RATINGS (Complete If applicable)   Contracts or Purchase Orders to be awarded as a result of this Subcontract shall be assigned a DOD rating in accordance with the Defense
Priorities and Allocations System (DPAS) (15 CFR Part 700). Purchase Orders and Subcontracts issued by you or by your subcontractors and suppliers for materials or equipment must be certified and signed as follows to meet the requirements of DPAS: (Use of rubber stamp is suggested).

> This is a rated order certified for national defense use, and you are required to follow
> all the provisions of the Defense Priorities and Allocations Systems regulation (15
> CFR 700).
>
> PRIORITY RATING: DOD-C2
>
> Date(s) Delivery Required:
>
> Signed: ...........................................................

The delivery required date must always be entered. Do not use such terms as "immediately" or "as soon as possible" as this does not constitute a delivery date and nullifies the effect of the rating.

12.13  ENVIRONMENTAL COMPLIANCE

12.13.1  CLEAN AIR AND WATER   The Subcontractor, by signing this Agreement, hereby certifies (a) that any

facility to be used in the performance of this proposed contract is not listed on the Environmental Protection Agency (EPA) List of Violating Facilities (b) The Offeror will immediately notify the Contracting Officer before award, of the receipt of any communication from the Administrator, or a designee, of the EPA, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities and (c) The Subcontractor will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt Subcontract.

12.13.2 ENVIRONMENTAL LAW COMPLIANCE   Subcontractor agrees to comply with all environmental laws, ordinances, rules, regulations orders and decisions issued by any federal, state or local body or agency relating to Subcontractor providing product(s) and/or service(s) pursuant to this Subcontract. Subcontractor also agrees to comply with all Owner's rules, regulations, orders, decisions, security requirements, etc. Subcontractor shall indemnify and hold Constructor harmless from any claims or liabilities arising from any noncompliance with any such laws, ordinances, rules, regulations, orders or decisions, as relates to the work of this Subcontract.

12.14 OTHER FAR PROVISIONS AND DOCUMENTS   Subcontractor by signing this Agreement, agrees to abide the provisions of the Federal Acquisition Regulation which are applicable to this Agreement in accordance with the Prime Contract.

12.15 JOINT DRAFTING   The Parties expressly agree that this Agreement was jointly drafted and that they both had opportunity to negotiate its terms and to obtain the assistance of counsel in reviewing its terms prior to execution. Therefore, this Agreement shall be construed neither against nor in favor of either Party shall be construed in a neutral manner.

## ARTICLE 13
## EXISTING SUBCONTRACT DOCUMENTS

13.1 INTERPRETATION OF SUBCONTRACT DOCUMENTS

13.1.1 The drawings and specifications are complementary. If Work is shown only on one but not on the other the Subcontractor shall perform the Subcontract Work as though fully described on both consistent with the Subcontract Documents and reasonably inferable from them as being necessary to produce the indicated results.

13.1.2 In case of conflicts between the drawings and specifications the specification shall govern. In any case of omissions or errors in figures drawings or specification, the Subcontractor shall immediately submit the matter to the Constructor for clarification by the Owner. The Owner's clarifications are final and binding on all Parties, subject to an equitable adjustment in Subcontract Time or Price pursuant to Articles 5 and 6 or dispute resolution in accordance with Article 11.

13.1.3 Where figures are given, they shall be preferred to scaled dimensions.

13.1.4 Any terms that have well-known technical or trade meanings, unless otherwise specifically defined in t Agreement, shall be interpreted in accordance with their well-known meanings.

13.1.5 In case of any inconsistency conflict or ambiguity among the Subcontract Documents, the documents shall govern in the following order: (a) Change Orders and written amendments to this Agreement (b) this Agreement; (c) subject to Subparagraph 13.1.2 the drawings (large scale governing over small scale), specifications and addenda issued prior to the execution of this Agreement (d) approved submittals (e) information furnished by the Owner pursuant to Paragraph 4.5; (f) other documents listed in this Agreement. Among categories of documents having the same order of precedence the term or provision that includes t latest date shall control. Information identified in one Contract Document and not identified in another shall not be considered a conflict or inconsistency.

As defined in Paragraph 2.3, the following Exhibit(s) are a part of this Agreement

Exhibit A Insurance Requirements

Exhibit C Subcontractor's Approved Invoice Format

## EXHIBIT "A"
### Insurance Requirements:

A.  Commercial General Liability Insurance
1.  Each Occurrence $ 2,000,000.00
2.  General Aggregate $ 2,000,000.00
3.  Products/Completed Operations Aggregate $ 2,000,000.00
4.  Personal and Advertising Injury $ 1,000,000.00
5.  Subcontractor coverage to be primary, non contributory over any insurance carried Contractor or Owner.
6.  General Liability shall carry a waiver of subrogation in favor of the Certificate Holder
7.  General Liability shall carry a Per Project Aggregate.
8.  General Liability shall be occurrence not claim form.

B. Excess Liability Insurance
1.  $ 3,000,000.00 for interior construction
2.  $ 5,000,000.00 for interior structural construction
3.  $ 10,000,000.00 for exterior construction

C. Comprehensive Automobile Liability Insurance
1.  Combined Singled Limit Bodily Injury and Property Damage
   i.  $ 1,000,000.00 Each Occurrence
2.  Bodily Injury
   i.  $ 1,000,000.00 Each Person
   ii. $ 1,000,000.00 Each Occurrence
3.  Property Damage
   i.  $ 1,000,000.00 Each Occurrence
   ii. Coverage to include Hired, Non Owned and Owned Vehicles

D.  Worker's Compensation / Employer's Liability
1. Limits:
   Bodily Injury by Accident   $100,000.00 each accident
   Bodily Injury by Disease    $500,000.00 policy limit
   Bodily Injury by Disease    $100,000.00 each employee
2. List States of Operation included in coverage

E. Additional Insured Requirement
1. The following shall be named **as additional insured**:
   The Constructor (Edifice Group, Inc.)
   The Owner (National Park Service)
   The Owner's Project (EGI-NPS Hiker/Biker Trail: P15PC00339)

F.  Professional Liability Insurance: Subcontractor must show proof of Professional Liability Insurance if warranted by work/services to be performed under subcontract agreement.