IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Aspen Landscape Contractors, Inc. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-01653-TSC |
| | ) | |
| Westfield Insurance Company | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION OF DISMISSAL**

Comes now the Plaintiff and dismisses the claim against the Defendant with prejudice.

Respectfully submitted:

*/s/ Michael P. Darrow*
Michael P. Darrow  (mpd@hbdlaw.com)
Federal Bar No. 02891
HILLMAN, BROWN, & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21404-0668
Telephone: 410-263-3131/Fax: 410-269-7912
Attorney for Plaintiff

**CERTIFICATION OF COMPLIANCE**
**WITH MARYLAND RULE 20-201(f)(1)(B)**

I hereby certify that the foregoing paper complies with Maryland Rule 20-201(f)(1)(B) that the paper does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Maryland Rule 20-201(f)(2).

/s/ *Michael P. Darrow*
Michael P. Darrow  (mpd@hbdlaw.com)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2016, a copy of the foregoing Stipulation of Dismissal was filed electronically and sent via first class mail to:

Daniel Pentecost, Esquire
Surety Claims Counsel
Westfield Insurance Company
P.O. Box 5001
Westfield Center, OH  44251-5001

/s/ *Michael P. Darrow*
Michael P. Darrow  (mpd@hbdlaw.com)

MPD:tps/18201/2016340/092116

2