UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASPEN LANDSCAPE CONTRACTORS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**WESTFIELD INSURANCE COMPANY,**<br><br>Defendant. | Civil Action No. 16-cv-1653 (TSC) |

## ORDER OF DISMISAL

In light of the Notice of Voluntary Dismissal (ECF No. 8), filed by the Plaintiff, this action is hereby dismissed with prejudice.

Date: September 27, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge